**Subject:** Re: Formal Request for Written Notice of Decision & Status of Pending IPE Assistive Technology (Case 2029765)
**From:** "Mark L. Short" <markl_short@yahoo.com>
**Date:** 3/4/2026, 2:01 PM
**To:** Tanisha Pickney <tanisha.pickney@twc.texas.gov>
**CC:** "eo.complaint@twc.texas.gov" <eo.complaint@twc.texas.gov>, Laura Castillo <laura.castillo@twc.texas.gov>

Dear Tanisha,

As an addendum to my previous email, I want to formally document a specific justification you provided during our call regarding the denial of the MSCS application fees.

You stated verbally that TWC-VR will not sponsor a Master's program because I must first utilize my existing Bachelor of Science in Computer Science.

Please ensure your formal, written Notice of Decision explicitly reconciles this stance with my historical case file and my active Individualized Plan for Employment (IPE). Prior to entering the TWC-VR program, I was unemployed for 18 months and completely exhausted my state unemployment benefits—a fact fully documented within TWC's own systems—despite holding this exact Bachelor of Science in Computer Science.

TWC-VR evaluated this history, determined my existing degree was insufficient to overcome my vocational barriers, and consequently approved an IPE to fund an entirely new Electrical Engineering degree. Claiming my existing BS is now suddenly sufficient for employment directly contradicts the foundational eligibility determination of my VR case and TWC's own historical data.

My request to pivot to an MSCS program is a disability-related necessity to bypass the federally documented, systemic accessibility barriers in the Texas State EE program, while utilizing my existing computer science credits to provide TWC-VR with the most cost-effective and efficient route to my employment goal.

I look forward to receiving the written Notice of Decision addressing this, alongside the precise timeline for the delivery of my pending October 2024 Assistive Technology.

Sincerely,

Mark L. Short
TWC Case ID: 2029765
(940) 337-7005

On Wednesday, March 4, 2026 at 01:50:07 PM CST, Mark L. Short <markl_short@yahoo.com> wrote:

Formal Request for Written Notice of Decision & Status of Pending IPE Assistive Technology (Case 2029765)

Dear Tanisha,

I am writing to formally document our conversation at 1:30 PM today, during which you verbally denied my request for TWC-VR to authorize funding for Master of Science in Computer Science (MSCS) application fees.

As discussed, this request was a direct, strategic necessity to bypass the ongoing, federally documented digital accessibility barriers at Texas State University that are currently stalling my vocational progress.

Because my request to modify my services has been denied, I am officially requesting a formal, written Notice of Decision regarding this denial. Please ensure this written notice includes the specific TWC-VR policy or regulation used to justify the refusal, as well as a full explanation of my right to appeal this decision, including the contact information for the Client Assistance Program (CAP).

Furthermore, since TWC-VR is refusing this transition and requiring that I remain on my current track, I must insist on the immediate fulfillment of the Assistive Technology currently pending on my Individualized Plan for Employment (IPE).

The Adobe Acrobat Pro license and the note-taking tablet were formally added to my IPE in October 2024. It has been nearly five months, and these crucial accommodations have not been provided. It is administratively unacceptable to deny a client's transition away from an inaccessible environment while simultaneously failing to deploy the approved Assistive Technology required to navigate it.

Please provide the written Notice of Decision for the MSCS denial and an exact timeline for the delivery of my pending Assistive Technology by the close of business tomorrow.

Sincerely,

Mark L. Short
TWC Case ID: 2029765
(940) 337-7005