# April 2026 Filing Blackout Calendar

**Legend:** 🟢 Open / Filing Permitted | 🔴 Filing Blocked / Retroactively Stricken | ⚠️ Partial (Blocked mid-day)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | 1 🟢 | 2 🟢 | 3 🟢 | 4 🟢 |
| 5 🟢 | 6 🟢 | 7 🟢 | 8 🟢 | 9 ⚠️ | 10 🔴 | 11 🔴 |
| 12 🔴 | 13 🔴 | 14 🔴 | 15 🔴 | 16 🔴 | 17 🔴 | 18 🔴 |
| 19 🔴 | 20 🔴 | 21 🔴 | 22 🔴 | 23 🔴 | 24 🔴 | 25 🔴 |
| 26 🔴 | 27 🔴 | 28 🔴 | 29 🔴 | 30 🟢 | | |

*Note: The 20-day continuous blockade (April 9–29) effectively prevented any response to the May 1st housing liability and April 26th HIPAA breach discoveries.*