# COURTESY NOTICE OF FEDERAL FILING: Emergency Motion for Temporary Restraining Order (Mark L. Short)

From: Mark L. Short (markl_short@yahoo.com)

To: michael.marler@twc.texas.gov

Cc: selah.mendoza@twc.texas.gov; beverly.durst@twc.texas.gov

Date: Thursday, April 30, 2026 at 04:28 PM CDT

Dear Interim Director Michael Marler,

This email serves as formal courtesy notice that on May 1, 2026, I initiated a federal civil rights lawsuit against the Texas Workforce Commission, yourself in your official capacity, and Vocational Rehabilitation Counselor Tanisha Pickney.

The initiation packet includes a Verified Complaint and an Emergency Motion for a Temporary Restraining Order (TRO), filed in the United States District Court for the Western District of Texas, Austin Division. This emergency motion is necessitated by the imminent housing liability and impending May 14, 2026, discharge, as well as the ongoing denial of accessible educational environments and procedural due process.

The Motion for TRO seeks immediate equitable relief from the Court, specifically:

- The correction of the $1,776.52 ledger error and the immediate release of withheld Supportive Maintenance funds to secure my housing pending academic transfer.
- An administrative order authorizing the Individualized Plan for Employment (IPE) transition to the Master of Science in Computer Science (MSCS) program.
- The immediate procurement of the assistive technology formally authorized in my November 2025 IPE.
- A permanent jurisdictional transfer of my case management to state-level oversight.

The physical filing packet will be dispatched tomorrow morning, May 1, 2026, via USPS Priority Mail Express.
*(I do confess it was quite the undertaking)*

You, Ms. Pickney, and the Commission will be officially served with the AO 440 Summons and the complete docket of filings in accordance with the Federal Rules of Civil Procedure once the Clerk assigns a civil action number.

Let the administrative record reflect that throughout this process, I have consistently followed through on every procedural requirement, documented barrier, and assertion made to this Agency. I afforded you and the Agency 30 days to address and correct the deficiencies. Because the Agency has chosen a path of administrative obstruction rather than reciprocal compliance, this federal intervention is the necessary and the promised result.

Until the Court issues its ruling, my federal filings speak for themselves.

Sincerely,

Mark L. Short
350 North Street
San Marcos, Texas 78666
(940) 337-7005