**Short, Mark**

| | |
|---|---|
| **From:** | Dunham, Nikki |
| **Sent:** | Friday, May 1, 2026 1:37 PM |
| **To:** | Short, Mark |
| **Cc:** | 20263661+txstate@efc.maxient.com |
| **Subject:** | Fw: TXST CARE Team-Here to Help |

Hi Mark,

Ms. Weiser sent your email over to me since we'd communicated in the past. I am sorry to hear that you're now experiencing some basic needs insecurity.

The Dean of Students Office does not provide or assign housing directly to students through our office. We provide community resources, which is what Ms. Weiser was communicating. The Texas Workforce Commission may be able to advise you on additional community resources if needed. I also highly recommend that you connect with the Southside Community Center in San Marcos.

We wish you the best,
Nikki

TEXAS STATE UNIVERSITY

**Nikki Dunham**
Associate Dean of Students and Student Ombudsperson
Dean of Students Office
**Texas State University**
O: 512.245.2124
dos.txst.edu

---

**From:** Short, Mark <dvy27@txstate.edu>
**Sent:** Thursday, April 23, 2026 12:40 PM
**To:** Weiser, Kathryn A <kathrynweiser@txstate.edu>
**Subject:** RE: TXST CARE Team-Here to Help

Dear Assistant Dean Weiser,

I am in receipt of your April 22 email offering community charity resources and emergency funding applications.

While I acknowledge the CARE Team’s outreach, I must formally correct the administrative record regarding the nature of my housing insecurity. I am not experiencing a standard academic, personal, or "transitional" difficulty.

My imminent risk of housing displacement is the direct, structural result of Texas State University’s failure to provide an accessible digital learning environment in compliance with Section 504 and Title II of the ADA.

As documented in the Office of Equal Opportunity's April 1 Final Determination (Case #2025899101), the university has formally refused to remediate certified ISO 14289-1 accessibility barriers. This systemic failure has caused severe academic atrophy, preventing standard course registration and subsequently threatening my housing status.

Furthermore, the legal and financial liability for my housing maintenance currently rests with the Texas Workforce Commission (TWC-VR) under the "Supportive Maintenance" provisions of my federally funded Individualized Plan for Employment (IPE). The state agency is currently withholding these WIOA funds while forcing me to navigate the university's inaccessible environment.

I will not apply for standard community charity or student emergency funds to resolve a state-created civil rights and compliance crisis. Utilizing these funds would inappropriately absolve both the university and TWC-VR of their respective federal liabilities.

Because this is a matter of active civil rights litigation and federal funding oversight, a meeting with the CARE Team is not appropriate or necessary at this time.

Please ensure this clarification is added to my Dean of Students file.

Respectfully,

Mark L. Short
TXST Student ID: A05450785
(940) 337-7005

---

**From:** Kathryn A. Weiser (via Maxient) <notifications@maxient.com>
**Sent:** Thursday, April 23, 2026 8:00 AM
**To:** Short, Mark <dvy27@txstate.edu>
**Subject:** TXST CARE Team-Here to Help

TEXAS STATE
Official Correspondence

## This is an official correspondence from the Dean of Students C.A.R.E. Center at Texas State University

---

A letter has been issued to you electronically by our office. Upon clicking the link below, you will be taken to a screen requesting you log in with your campus username and password (your student ID/A-number) to securely access this correspondence.

Your letter will appear in PDF format and should be printed or saved for your records. If the letter fails to appear, you may need to use a different computer or install the free Adobe Acrobat Reader. If you continue to experience difficulty accessing your letter or wish to confirm the legitimacy of this message, contact our office at 512-245-2124.

**Pick up your letter**

**NOTICE:** This email originated from a third-party that has an established relationship with TXST. Caution should still be used when downloading files or clicking links as these are external services not operated by TXST.