# Emergency Administrative Request for TWC-VR Transportation/Relocation Funding & Notice of Fiduciary Conduit Obligation (Short v. TWC, et al.)

From: Mark L. Short (markl_short@yahoo.com)
To: elizabeth.bryan@oag.texas.gov
Cc: daisy.jackson@oag.texas.gov
Date: Monday, June 15, 2026 at 06:27 PM CDT

Dear Elizabeth Bryan,

Because your office has legally restricted my direct communication with Texas Workforce Commission-Vocational Rehabilitation (TWC-VR) personnel regarding my active disability services, you operate as the mandatory legal and administrative conduit for all program requests.

You are hereby served with a formal administrative demand to transmit the following emergency funding request to TWC-VR Regional Management immediately upon receipt.

**1. Emergency VR Funding Request for Property Retrieval** I formally request that TWC-VR authorize and release emergency **Transportation and Maintenance** funds to contract a professional, insured freight company. These funds are strictly necessary to pack, secure, and ship all personal possessions required for my participation in the TXST educational program. This includes my personally purchased Blind/Visually Impaired (BVI) Assistive Technology (AT), academic records, and all standard collegiate living essentials currently seized at the Texas State University (TXST) Balcones 3414 residence. The destination for this insured shipment is my current emergency relocation address at **402 10th Ave N, Texas City, TX 77590**.

**2. Financial and Evidentiary Calculus** TXST's Department of Housing and Residential Life (DHRL) has issued a written threat to permanently destroy or dispose of this property by **June 18, 2026**.

The AAG and TWC-VR are explicitly advised of the following economic and procedural liabilities:

- **Comprehensive Asset Protection:** The threatened property encompasses the entirety of the physical and technical resources required to execute my Individualized Plan for Employment (IPE) and participate in the university environment. Because TWC-VR has entirely failed to provide any necessary AT to date, my educational participation relies exclusively on this personally purchased equipment. If TXST executes its threat, TWC-VR will face immediate statutory liability to fully fund and replace all destroyed vocational and educational assets at the State's expense to maintain the viability of the approved program.

- **Spoliation of Evidence:** The requested funds are necessary to secure critical material evidence directly tied to Cause No. 1:26-cv-1174-ADA-DH.

- **The Conduit Liability:** If the Office of the Attorney General fails to immediately transmit

this administrative request to TWC-VR leadership, or if TWC delays authorization until the June 18 destruction deadline lapses, the State assumes absolute liability for both the financial conversion of the educational assets and the intentional spoliation of federal evidence.

**3. Required Action** To mitigate compounding damages and resolve this logistical conflict before the destruction deadline, you must fulfill your administrative function and secure TWC-VR funding approval.

Please confirm the transmission of this request to TWC-VR leadership and provide documentation of the authorized freight contract by **Wednesday, June 17, 2026, at 5:00 PM CDT**.

Mark L. Short
Plaintiff, *Pro Se*
TXST Student ID: A05450785
Email: markl_short@yahoo.com
Phone: (940) 337-7005