URGENT: NOTICE OF INTENT TO SPOILIATE EVIDENCE / Cause No. 1:26-cv-1174-ADA-DH

From: Mark L. Short (markl_short@yahoo.com)
To: reslife@support.reslife.txstate.edu
Cc: dhrldirector@txstate.edu; president@txstate.edu; tsusgencoun@txstate.edu; provost@txstate.edu; elizabeth.bryan@oag.texas.gov; daisy.jackson@oag.texas.gov; crcexternalcomplaints@dol.gov
Date: Tuesday, July 14, 2026 at 10:20 AM CDT

TXST Housing and Residential Life,

This correspondence serves as formal notice regarding the items located at Balcones 3414. Your July 13, 2026, communication characterizes this property as "abandoned" and proposes disposal on July 17, 2026.

This characterization is legally erroneous. These items constitute essential vocational assets and authenticated litigation evidence currently subject to a preservation hold in *Mark L. Short v. Texas Workforce Commission, et al.* (Cause No. 1:26-cv-1174-ADA-DH).

Any unilateral disposal, destruction, or conversion of this property—regardless of your internal "abandoned property" policies—constitutes the intentional spoliation of evidence.

Be advised that:

- **Financial Liability:** The State is hereby placed on notice that the value of these assets extends beyond their physical replacement cost to include their status as critical evidence in a federal forum.
- **OAG Oversight:** Counsel for the Defendants, Elizabeth Bryan, is carbon-copied on this notice. The OAG is now formally apprised that their client intends to destroy evidence central to this litigation.
- **Legal Consequences:** Should this property be disposed of, the Plaintiff will immediately move for sanctions and an adverse inference instruction against the Defendants, and will include the full replacement value of the assets—plus litigation costs associated with the evidentiary loss—in the global settlement demand.

I require written confirmation by close of business on July 16, 2026, that the destruction deadline is rescinded and the property will remain secured pending the resolution of current federal proceedings.

Mark L. Short
Plaintiff, Pro Se
TXST Student ID: A05450785
Phone: (940) 337-7005
Email: markl_short@yahoo.com

On Monday, July 13, 2026 at 05:31:31 PM CDT, TXST Residence Life <reslife@support.reslife.txstate.edu> wrote:

Mr. Short,

As outlined in our previous communication, your items will remain in our storage until Friday, July 17, 2026, before being disposed of as abandoned property. It is your responsibility to organize the specific date and time of retrieval for your stored belongings by the deadline, or they will be disposed of. We will not be delivering them to your new address.

You may contact University Police Department at 512-245-2805 to arrange the date and time of retrieval from Balcones Apartments. Once you set up the date/time UPD will coordinate with our on-call team in Housing.

Sincerely,
Zendesk logo
**Housing and Residential Life**
**Texas State University**
**512-245-HOME (4663)**
**reslife.txstate.edu**

This email is a service from Texas State University. Delivered by Zendesk

On July 12, 2026 at 3:22:10 PM UTC, markl_short@yahoo.com wrote:

TXST Department of Housing and Residential Life:

Pursuant to your written confirmation dated June 18, 2026, you formally stated that my vocational assets and litigation evidence "will be held until July 17, 2026," and explicitly committed that "We will reach out to you that week to confirm logistics for retrieval".

As we now enter that designated operational week, I am initiating contact to enforce this administrative parameter.

To date, neither Texas State University, the Texas Office of the Attorney General (OAG), nor TWC-VR have provided the finalized operational logistics or emergency freight funding required for the extraction of this property to my current relocation in Texas City.

I require immediate written confirmation of the specific day, time, and TXST point of contact designated to coordinate the required logistics. Be advised that any unilateral disposal, conversion, or alteration of the property at Balcones 3414 prior to the completion of this written coordination will be treated as the intentional spoliation of evidence within the active federal framework (*Cause No. 1:26-cv-1174-ADA-DH*).

I stand ready to receive your logistical confirmation.

Mark L. Short
Plaintiff, *Pro Se*
TXST Student ID: A05450785
Phone: (940) 337-7005
Email: markl_short@yahoo.com

[Z6YJRM-ZN32W]