KEN PAXTON
ATTORNEY GENERAL OF TEXAS

July 16, 2026

Mark L. Short
Texas City, Texas
(940) 337-7005
markl_short@yahoo.com

**Re:** ***Mark L. Short v. Texas Workforce Commission et al.*****;** Civil Action No. 1:26-cv-1174-ADA-DH in the United States District Court for the Western District of Texas, Austin Division.

Dear Mr. Short,

I am in receipt of your July 14, 2026 email inquiring about the status of your vocational services. As counsel for the Texas Workforce Commission, I am responding to clarify the status of your vocational rehabilitation case and to provide the written instructions you requested for service coordination.

1. **Status of Services** Please be advised that TWC-VR has not suspended or terminated your vocational rehabilitation services.

2. **Status of your IPE** Your current Individualized Plan for Employment (IPE) remains open and valid. As currently written, the services authorized under your IPE are designed specifically to support your attendance and degree completion at Texas State University ("Texas State"). TWC understands that you are not currently enrolled as a student at Texas State. Because the authorized services are specific to Texas State, they cannot be utilized while you are not enrolled at that institution.

3. **Case Assignment and Instructions for Service Coordination** Your designated point of contact to coordinate the delivery of your services is now **VR Supervisor TeShawn Ferguson**. Ms. Ferguson will assist in reassigning your case to a new VR Counselor who is not named in your lawsuit.

4. **Next Steps** TWC-VR remains ready and willing to assist you. To coordinate the next steps regarding your vocational rehabilitation services please contact Ms. Ferguson directly at teshawn.ferguson@twc.texas.gov or (979) 595-2880.

Please direct all future communications regarding your vocational rehabilitation plan, goals, and services to Ms. Ferguson so that your case can be properly reassigned. Going forward your contacts regarding services will be Ms. Ferguson and your newly assigned counselor. Please continue to direct your communications regarding litigation to me.

Sincerely,

*/s/ Elizabeth Bryan*

**Elizabeth Bryan**
Texas Bar No. 24148839
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 230-4700
FAX: (512) 320-0667
elizabeth.bryan@oag.texas.gov
***COUNSEL FOR DEFENDANTS***