**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **MARK L. SHORT,**<br><br>Plaintiff,<br><br>v.<br><br>**TEXAS WORKFORCE COMMISSION,**<br><br>**MICHAEL MARLER,** in his official capacity as Interim Deputy Regional Director,<br><br>**TANISHA PICKNEY,** in her official capacity as Vocational Rehabilitation Counselor**,**<br><br>Defendants. | Civil Action No: 1:26-cv-01174-ADA-DH |

# PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT

## STATEMENT OF EXIGENCY

1. Plaintiff respectfully files this Notice of Supplemental Evidence to inform the Court of factual developments that have materialized since filing the Emergency Motion for Temporary Restraining Order [ECF No. 22].

2. On Friday, July 17, 2026, Plaintiff issued a written demand to Defendants' Counsel and Texas State University officials, establishing

a 72-hour window to facilitate the transit of vocational assets located at Balcones 3414.

## SUPPLEMENTAL FACTUAL RECORD

3. A true and correct copy of this demand is attached as **Exhibit F** ("Exh_F_Formal_Demand_for_Asset_Transit.pdf"), detailing the exact physical location of the property and the statutory obligation to facilitate its transit under the Rehabilitation Act.
4. The 12:00 PM CDT deadline of Monday, July 20, 2026, has expired without Defendants providing a transit plan or asserting any defense regarding control of the property.

## RELEVANCE TO PENDING RELIEF

5. Defendants' unmitigated silence heightens the imminent threat of spoliation of evidence and destruction of vocational assets critical to Plaintiff's Individualized Plan for Employment (IPE). **Exhibit F** is submitted to complete the record, supporting the immediate judicial intervention requested in [ECF No. 22].

Respectfully submitted,

/s/ Mark L. Short

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 20, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Additionally, I hereby certify that on July 20, 2026, a true and correct copy of the foregoing was served upon the Defendants via Electronic Mail as follows:

**Counsel for Defendants (TWC, Marler, Pickney):**

**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548
Phone: 737-230-4700
Email: elizabeth.bryan@oag.texas.gov

Respectfully Submitted,

*/s/ Mark L. Short*

______________________

Mark L. Short
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 20, 2026