**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **MARK L. SHORT,**<br><br>Plaintiff,<br><br>v.<br><br>**TEXAS WORKFORCE COMMISSION,**<br><br>**MICHAEL MARLER,** in his official capacity as Interim Deputy Regional Director,<br><br>**TANISHA PICKNEY,** in her official capacity as Vocational Rehabilitation Counselor**,**<br><br>Defendants. | Civil Action No: 1:26-cv-01174-ADA-DH |

# PLAINTIFF'S FOURTH NOTICE OF FILING SUPPLEMENTAL EVIDENCE AND NOTICE OF REALIZED HARM: PROOF OF COMPLETED SPOLIATION AND ADMISSION OF EVIDENCE DESTRUCTION

1. Plaintiff hereby submits this Fourth Notice of Supplemental Evidence to formally place upon the federal docket an explicit, written admission of completed spoliation by Defendants' educational vendor, Texas State University (TXST) Housing and Residential Life.

2. On July 21, 2026, at 1:58 PM CDT—following the expiration of Plaintiff's deadline and while Plaintiff's Emergency Motion for

Temporary Restraining Order [ECF No. 22] remained pending before this Court—TXST Residence Life transmitted an email formally admitting that they unilaterally sorted through Plaintiff's property and "discarded" all items deemed "not high value".

3. A true and correct copy of this email is attached hereto as **Exhibit H**.
4. **Notice of Realized Harm**: The realized harm threatened in ECF No. 22 has now materialized. The attached communication confirms that the Defendants and their agents have actively executed the destruction and conversion of physical evidence, including federally protected Blind/Visually Impaired (BVI) vocational assets, adaptive materials, and academic records, in direct defiance of active federal oversight.
5. This completed spoliation directly impacts the status quo and provides incontrovertible proof of bad-faith evidence destruction, necessitating immediate judicial intervention and preservation orders pursuant to the Court's inherent authority and Federal Rule of Civil Procedure 65.

Respectfully submitted,

/s/ Mark L. Short

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 21, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Additionally, I hereby certify that on July 21, 2026, a true and correct copy of the foregoing was served upon the Defendants via Electronic Mail as follows:

**Counsel for Defendants (TWC, Marler, Pickney):**

**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548
Phone: 737-230-4700
Email: elizabeth.bryan@oag.texas.gov

Respectfully Submitted,

*/s/ Mark L. Short*

______________________

Mark L. Short
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 21, 2026