# [Texas State University] Re: MANDATORY COORDINATION: Preservation Hold Logistics (Balcones 3414) - Notice of Imminent Spoliation of Evidence & Conversion of BVI Vocational Assets

From: TXST Residence Life (reslife@support.reslife.txstate.edu)

To: markl_short@yahoo.com

Cc: dhrldirector@txstate.edu; president@txstate.edu; police@txstate.edu; tsusgencoun@txstate.edu; provost@txstate.edu; elizabeth.bryan@oag.texas.gov; daisy.jackson@oag.texas.gov; crcexternalcomplaints@dol.gov

Date: Tuesday, July 21, 2026 at 01:58 PM CDT

Mark,

As stated in our previous communication, Housing and Residential Life has transferred any items determined to be of significant value to the University Police Department (UPD) as outlined in TXST UPPS 05.01.20. Any remaining items that were not considered high value have been discarded.

You may contact UPD at 512-245-2805 to arrange the date and time of retrieval of these high value items. Per the university policy linked above these items will only be stored for a maximum of 60 days.

TXST

**Housing and Residential Life**
**Texas State University**
**512-245-HOME (4663)**
**reslife.txstate.edu**

This email is a service from Texas State University. Delivered by Zendesk

On July 21, 2026 at 4:18:27 PM UTC, markl_short@yahoo.com wrote:

> Texas State University Housing and Residential Life and the University Police Department:
>
> This correspondence serves as an immediate **CEASE AND DESIST** directive regarding the disposal, destruction, or separation of any property located at Balcones Apartments, Unit 3414.
>
> Your July 21, 2026, email confirms your intent to unilaterally appraise the property, transfer "high value" items to the University Police Department (UPD), and permanently discard items you designate as "low value." You are hereby formally advised of the following legal realities:
>
> ## 1. Internal Policy Does Not Supersede Federal Jurisdiction

Texas State University's internal administrative policy (UPPS 05.01.20) does not override an active federal litigation hold, nor does it supersede the federal discovery parameters established under Federal Rule of Civil Procedure 26.

You do not possess the legal or judicial authority to unilaterally appraise, separate, or determine the evidentiary value of assets currently subject to a pending Emergency Motion for a Temporary Restraining Order (ECF No. 22).

## 2. Active Spoliation of Evidence

Items you administratively classify as "low value" include specific physical evidence of an inaccessible environment, academic records, and federally protected Blind/Visually Impaired (BVI) vocational assets. Any action taken to discard these items constitutes the intentional and willful spoliation of evidence in Cause No. 1:26-cv-1174-ADA-DH.

## 3. Immediate Required Actions

To mitigate compounding federal liability and halt the active destruction of evidence, you are directed to immediately execute the following:

- **Halt All Disposal:** Immediately cease the disposal or destruction of any items originating from Balcones 3414, regardless of your internal value assessment.
- **Consolidate and Secure:** All property—both transferred to UPD and remaining in the custody of Housing and Residential Life—must be consolidated, secured, and preserved in its entirety.
- **Provide Written Confirmation:** I require written confirmation by **1:00 PM CDT today, July 21, 2026**, confirming that no items have been discarded and that all property is secured pending the resolution of the active federal motion.

Failure to provide this confirmation will result in this communication, along with your July 21 admission of intent to discard items, being immediately filed on the federal docket as proof of active, ongoing spoliation.

Mark L. Short
Plaintiff, Pro Se
TXST Student ID: A05450785
Phone: (940) 337-7005
Email: markl_short@yahoo.com

On Tuesday, July 21, 2026 at 11:07:48 AM CDT, TXST Residence Life <reslife@support.reslife.txstate.edu> wrote:

Hi Mark,

As outlined in our previous communication, your items would remain in our storage until Friday, July 17,

2026, before being disposed of as abandoned property.
As of Friday, 17, 2026 at close of business you have not retrieved your items. At this time Housing and Residential Life will be transferring any items determined to be of significant value to the University Police Department (UPD) as outlined in TXST UPPS 05.01.20. Any remaining items that are not considered high value will be discarded.
You may contact UPD at 512-245-2805 to arrange the date and time of retrieval of these high value items once they are received.

TXST

**Housing and Residential Life**
**Texas State University**
**512-245-HOME (4663)**
**reslife.txstate.edu**

This email is a service from Texas State University. Delivered by Zendesk

On July 16, 2026 at 7:40:39 PM UTC, markl_short@yahoo.com wrote:

TXST Housing and Residential Life,

Please be advised that due to the ongoing threat of destruction of vocational/personal property and spoliation of evidence, on July 16, 2026, I filed an Emergency Motion for a Temporary Restraining Order (Document 22) in the United States District Court for the Western District of Texas. This motion specifically seeks to enjoin the disposal or spoliation of personal property currently located at the Balcones Apartments.

This notice serves to ensure that all university staff and housing directors are on notice of the active federal oversight regarding this property. Any action taken to dispose of, destroy, or convert this property while this federal motion is pending will be documented and presented to the Court as evidence of bad faith and willful spoliation of evidence.

Respectfully,

Mark L. Short
Plaintiff, Pro Se
TXST Student ID: A05450785
Phone: (940) 337-7005
Email: markl_short@yahoo.com

[Z6YJRM-ZN32W]
[Z6YJRM-ZN32W]