**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **MARK L. SHORT,**<br><br>Plaintiff,<br><br>v.<br><br>**TEXAS WORKFORCE COMMISSION,**<br><br>**MICHAEL MARLER,** in his official capacity as Interim Deputy Regional Director,<br><br>**TANISHA PICKNEY,** in her official capacity as Vocational Rehabilitation Counselor**,**<br><br>Defendants. | Civil Action No: 1:26-cv-01174-ADA-DH |

# NOTICE OF FILING OF EMERGENCY PETITION FOR WRIT OF MANDAMUS

**TO THE HONORABLE COURT:**

Plaintiff Mark L. Short, proceeding *pro se*, files this Notice of Filing to formally apprise the District Court and all parties of record that an original appellate proceeding has been docketed and is actively advancing in the United States Court of Appeals for the Fifth Circuit.

## 1. Docketing of the Mandamus Action

Please take notice that on July 24, 2026, the United States Court of

Appeals for the Fifth Circuit officially docketed Plaintiff's Emergency Petition for Writ of Mandamus. The appellate proceeding is formally designated as Case No. 26-50608 (In re: Mark Short). [Case No. 26-50608 Summary]

Pursuant to Rule 21(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff served all parties accordingly.

### 2. Subject Matter of the Original Proceeding

The Petition for Writ of Mandamus [5th Cir. Doc. No 3] seeks to compel the District Court to act upon the threshold Application to Proceed In Forma Pauperis [ECF No. 3] (pending for over 80 days without adjudication) and to issue a ruling on the emergency Rule 65 motions regarding the active spoliation of physical evidence. [ECF No 22][ECF No 27]

### 3. Current Appellate Status

On July 30, 2026, the Fifth Circuit Clerk's Office formally processed Plaintiff's Motion to Proceed In Forma Pauperis (at the appellate court level) [5th Cir. Doc No 7], supporting financial affidavit and issued a Notice of Docket Activity confirming the cancellation of the appellate fee deadline.

Pursuant to Federal Rule of Evidence 201(b)(2), the District Court is respectfully directed to the official docket of the United States Court of

Appeals for the Fifth Circuit, Case No. 26-50608, for judicial notice and verification of these administrative entries. [Case No. 26-50608 Summary]

Respectfully submitted,

/s/ Mark L. Short

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 30, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a true and correct copy of the foregoing was served upon the Respondents via Electronic Mail as follows:

**Counsel for Defendants (TWC, Marler, Pickney):**

**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548
Phone: 737-230-4700
Email: elizabeth.bryan@oag.texas.gov

Respectfully Submitted,

*/s/ Mark L. Short*

______________________________

Mark L. Short
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: July 30, 2026