TEXAS STATE UNIVERSITY®
601 University Drive
J. C. Kellam Room 240
San Marcos, Texas 78666
Ph: 512-245-8978
onestop.txst.edu

Logged in as: Mark Short
Student Account: Mark Short - A05450785

# Student Account - Spring 2026 - Account Activity

| Description | Code | Date | Due Date | Charges | Credits/ Anticipated Credits | Balance |
|---|---|---|---|---|---|---|
| TEXAS WORKFORCE COMMISSION | SVF4 | 5/22/26 | -- | -- | $9,382.58 | $0.00 |
| Fee - Late Payment Charge | SNI1 | 4/13/26 | -- | $65.00 | -- | $0.00 |
| ST Loan OrigFee - Memorial | SNTI | 3/23/26 | -- | $5.00 | -- | $5.00 |
| ST Loan Dir Dep - Memorial | SRMI | 3/23/26 | -- | $550.00 | -- | $550.00 |
| Health Center Charges | SOS0 | 3/9/26 | -- | $66.00 | -- | $66.00 |
| TX STATE TUITION GRANT - UG | SK0K | 1/10/26 | -- | -- | $1,250.00 | $0.00 |
| Fee BookSmart@TXST Spr | MEB1 | 12/1/25 | -- | $285.50 | -- | $0.00 |
| Room - Balcones One BR Apt | SHTK | 11/20/25 | -- | $5,925.00 | -- | $0.00 |
| Res. Life Meal Plans | | | -- | $1,625.00 | -- | $0.00 |
| Tuition | | | -- | $1,964.16 | -- | $0.00 |
| Fees | | | -- | $832.92 | -- | $65.00 |
| **Total Charges:** | | | | | | **$11,318.58** |
| **Total Credits/Anticipated Credits:** | | | | | | **$10,632.58** |
| **Term Balance:** | | | | | | **$686.00** |



Exhibit B