TEXAS STATE UNIVERSITY

601 University Drive
J. C. Kellam Room 240
San Marcos, Texas 78666
Ph: 512-245-8978
onestop.txst.edu

Logged in as: Mark Short
Student Account: Mark Short - A05450785

# Student Account - Fall 2026 - Account Activity

| Description | Code | Date | Due Date | Charges | Credits/ Anticipated Credits | Balance |
|---|---|---|---|---|---|---|
| Room - Balcones One BR Apt | SHTK | 7/29/26 | -- | $6,190.00 | -- | $6,190.00 |
| **Total Charges:** | | | | | | **$6,190.00** |
| **Total Credits/Anticipated Credits:** | | | | | | **$0.00** |
| **Term Balance:** | | | | | | **$6,190.00** |



Exhibit C