**Short, Mark**

| | |
|---|---|
| **From:** | Short, Mark |
| **Sent:** | Friday, March 20, 2026 7:13 AM |
| **To:** | Rodriguez, Sabrina; Office of Equal Opportunity; Hatcher, Alexandria J |
| **Cc:** | TSUS General Counsel; Bryant, Barrett; Dunham, Nikki |
| **Subject:** | NOTICE OF REGULATORY REQUIREMENTS AND STATEMENT OF ECONOMIC LOSS (Ref: VR Docket No. 2026-27) |
| **Importance:** | High |

## EXECUTIVE SUMMARY

- This directive establishes the statutory obligations and discovery requirements triggered by the active Texas Workforce Commission (TWC) proceedings under VR Docket No. 2026-27 and 34 CFR § 361.57.

- Primary Liability: The University is on notice that its failure to provide Equally Effective Alternate Access (EEAA) and its subsequent administrative delay have resulted in a quantifiable **Economic Loss** of **$60,000.00**, based on a 6-month postponement of the Petitioner's entry into the professional labor market.

- Non-Negotiable Demands: The remedies sought pertain strictly to **Institutional and Academic Restitution** (grade restoration, tuition reimbursement, and systemic audits) as outlined in the March 9, 2026, filing.

- Final Notice: The OEO remains under a 48-hour notice to consolidate the March 5, 2026, retaliation claims.

## 1. **JURISDICTIONAL AUTHORITY AND VENDOR COMPLIANCE**

Under 34 CFR § 361.57, Texas State University is currently operating as a Vendor subject to federal Vocational Rehabilitation oversight. Liability in this matter is rooted in the Functional Termination of the Spring 2026 semester and the 90-day delay in remediating documented EIT barriers. Attempts to delegate federal civil rights and EIT



Exhibit D

accessibility mandates to academic liaisons lacking compliance authority—specifically the March 19 diversion to Dr. Chad Booth—are legally invalid and moot.

## 2. **STATEMENT OF ECONOMIC LOSS AND CONSEQUENTIAL DAMAGES**

The University is hereby notified that its "Deliberate Indifference" and tactical delays have created a direct financial liability exceeding simple tuition reimbursement:

- Professional Market Delay: The University's failure to resolve the Fall 2025 grade appeal and Spring 2026 accessibility barriers has resulted in a projected 6-month delay in the Petitioner's graduation and entry into the professional workforce.

- Valuation of Loss (Actual Earnings): Pursuant to the Petitioner's documented professional history and Individualized Plan for Employment (IPE), the economic loss is calculated based on a prior established salary of $120,000 per annum.

- Quantifiable Harm: The 6-month career obstruction caused directly by the Vendor's non-compliance represents a consequential economic loss of $60,000.00.

- MSCS Obstruction: The continued refusal to correct the EE 2300 grade has factually obstructed the Petitioner's Master of Science in Computer Science (MSCS) application process, further compounding the long-term diminished value of the career entry timeline.

## 3. **DELINEATION OF REMEDIES**

For the avoidance of doubt, the following demands remain the primary subjects of the TWC Administrative Hearing:

- Academic Restitution: Full restoration of the EE 2300 (Fall 2025) grade to 93% (A) and removal of all negative academic/financial aid flags.



Exhibit D

- Financial Restitution: Full refund/reimbursement of tuition and fees for courses rendered inaccessible due to EIT non-compliance.

- Systemic Reform: Mandatory external third-party accessibility audits of the Ingram School of Engineering and the appointment of an independent EIT monitor.

4. **MANDATORY DISCOVERY AND LITIGATION HOLD**

Texas State University is formally notified of its obligation to execute a strict preservation of evidence. This litigation hold applies to all internal communications, emails, digital messages, and administrative notes concerning the Petitioner's academic standing, grievance filings, and the March 5, 2026, meeting. This specifically includes, but is not limited to, all communications between the following parties:

- The Office of Equal Opportunity (Director Alexandria Hatcher)
- The Office of Disability Services (ODS) Director and Staff
- The College of Science and Engineering (Dean Barrett Bryant)
- Dr. Chad Booth
- The TSUS Office of General Counsel

5. **IMPENDING DEFAULT ENTRY**

The OEO has until the expiration of the 48-hour window to formally consolidate the retaliation and accessibility claims. Expiration of this deadline without substantive compliance will be entered into VR Docket No. 2026-27 as a formal institutional default and evidence of bad-faith delay.

Respectfully,

Mark L. Short
Texas State University ID: A05450785



Exhibit D