# NOTICE OF LITIGATION HOLD (SPOLIATION WARNING)

From: Mark L. Short (markl_short@yahoo.com)

To: dhrldirector@txstate.edu; tsusgencoun@txstate.edu; amatiash@txstate.edu; reslife@txstate.edu

Cc: serschens@disabilityrightstx.org; jbeaman@disabilityrightstx.org

Date: Saturday, May 23, 2026 at 11:33 AM CDT

This communication serves as formal, legally binding notice that Texas State University, its agents, and its housing department are currently under a strict Federal Litigation Hold regarding all personal property, equipment, and physical effects removed, seized, or retained following the May 20, 2026, residential lockout of Mark Short (Student ID: A05450785).

**1. Classification of Tangible Evidence** The seized personal property is directly tied to ongoing civil rights and retaliation claims currently pending in the United States District Court for the Western District of Texas (Case No. 1:26-CV-1174), as well as associated appellate filings before the Fifth Circuit Court of Appeals. The physical condition, location, and financial value of this property now constitute active, tangible evidence of realized harm and damages.

**2. Suspension of Standard Disposal Policies** Because this property is material evidence in active federal litigation, any standard university administrative policies regarding the disposal, sale, or destruction of "abandoned" or "unclaimed" property are immediately superseded by the federal duty to preserve evidence.

**3. Warning of Spoliation** You are legally obligated to take affirmative steps to prevent the loss, destruction, or alteration of this property. The failure to properly preserve this tangible evidence—whether intentional or through standard administrative negligence—constitutes Spoliation of Evidence. Such action will result in immediate motions for severe judicial sanctions in federal court, including but not limited to adverse inference instructions and monetary penalties against the University.

**4. Demand for Written Confirmation** I demand written confirmation within 72 hours of receipt of this notice that a formal litigation hold has been placed on the property in question, along with the physical location where the evidence is currently being secured, and the name of the administrative custodian responsible for its preservation.

Mark L. Short
Plaintiff, Pro Se
WDTX Case No. 1:26-CV-1174
(940) 337-7005

Exhibit E