RE: URGENT: Imminent Spoliation of Evidence & Intent to File Emergency TRO (Cause No. 1:26-cv-01174-ADA-DH)

From: Elizabeth Bryan (elizabeth.bryan@oag.texas.gov)
To: markl_short@yahoo.com
Cc: daisy.jackson@oag.texas.gov
Date: Wednesday, July 15, 2026 at 02:19 PM CDT

Good afternoon, Mr. Short,

I am writing to inform you that I do not represent Texas State University or any of its affiliates in Cause No. 1:26-cv-01174-ADA-DH. I only represent the Texas Workforce Commission, Michael Marler, and Tanisha Pickney at this time.

To that end, I have spoken with the TWC about the inquiry you sent yesterday, and I hope to get a response to you by the end of the day tomorrow.

All the best,
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700
elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Tuesday, July 14, 2026 11:01 AM
**To:** Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>
**Cc:** Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** URGENT: Imminent Spoliation of Evidence & Intent to File Emergency TRO (Cause No. 1:26-cv-01174-ADA-DH)

Counsel,

Consider the following a good-faith attempt to confer before I have to file emergency pleadings.

On July 13, 2026, your client (Texas State University Housing and Residential Life, and acting education vendor of the Texas Workforce Commission) issued a written ultimatum threatening to permanently dispose of my property located at Balcones Apartments, Unit 3414, on Friday, July 17, 2026. The university intends to execute this disposal by legally mischaracterizing the property as "abandoned."

As you are aware, the property in that unit consists of critical vocational assets and physical evidence directly tied to the ADA Title II and institutional interference claims currently pending before the Court in Cause No. 1:26-cv-01174-ADA-DH.

Furthermore, the evidentiary record will reflect that I formally petitioned your on June 15 to secure the emergency transportation funding necessary to extract and secure these exact assets. To date, the Office of the Attorney General has been non-responsive to the request.

Exhibit I

The State cannot intentionally withhold requested emergency freight funding—while fully aware of my pending In Forma Pauperis status—and then weaponize the resulting logistical immobility to justify the destruction of my evidence under a fabricated "abandonment" policy.

This communication serves as formal notice of my intent to seek emergency federal relief. If the State permits its employees to unilaterally destroy or convert active litigation evidence prior to formal discovery, it constitutes intentional spoliation.

I require written confirmation from the Office of the Attorney General by 5:00 PM CDT tomorrow, Wednesday, July 15, 2026, explicitly stating that the July 17 destruction deadline is rescinded and that the evidence will be preserved in its current state.

If you decline to intervene and secure your client's compliance by this deadline, I will immediately file an Emergency Motion for a Protective Order and Temporary Restraining Order with the Court. Furthermore, if the State executes this administrative disposal, I will move for immediate spoliation sanctions, an adverse inference instruction, and permanently integrate the replacement value of these assets and associated litigation costs into the escalated settlement matrix.

I await your immediate written confirmation.

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Exhibit I