# REQUEST FOR ITEMIZED PROPERTY INVENTORY AND CHAIN-OF-CUSTODY ACCOUNTING // CASE NO. 1:26-CV-1174-ADA-DH

From: Mark L. Short (markl_short@yahoo.com)

To: reslife@support.reslife.txstate.edu

Cc: dhrldirector@txstate.edu; president@txstate.edu; police@txstate.edu; tsusgencoun@txstate.edu; provost@txstate.edu; crcexternalcomplaints@dol.gov; elizabeth.bryan@oag.texas.gov; daisy.jackson@oag.texas.gov

Date: Tuesday, July 21, 2026 at 04:40 PM CDT

TXST Residence Life:

Notice is hereby given requesting a complete, itemized inventory and verified chain-of-custody accounting for all personal property removed, stored, or otherwise disposed of from the premises located at Balcones 3414, San Marcos, Texas.

Pursuant to preservation obligations in Case No. 1:26-CV-1174, a complete and verifiable accounting of these assets is requested to ensure compliance with discovery and evidentiary standards.

Prior to filing a formal motion, you are invited to provide the requested documentation voluntarily. Please furnish the complete asset inventory and disposal logs within forty-eight (48) hours.

## Scope of the Request

Defendants and their respective administrative, housing, and institutional agents are asked to provide a verified accounting specifying:

- The exact description, current physical location, and condition of every item of personal property removed from Balcones 3414.
- Complete disposal logs, transit manifests, and photographic or digital records for any items altered, discarded, or destroyed.
- The identity of all state, university, or contracted personnel directing, authorizing, or executing the handling and disposition of said property.

Mark L. Short
Plaintiff, *Pro Se*

> On Tuesday, July 21, 2026 at 01:58:03 PM CDT, TXST Residence Life <reslife@support.reslife.txstate.edu> wrote:

Exhibit J