# Re: FOLLOW-UP: Formal Inquiry Regarding Status of Vocational Services (Cause No. 1:26-cv-01174-ADA-DH)

From: Mark L. Short (markl_short@yahoo.com)
To: elizabeth.bryan@oag.texas.gov
Cc: daisy.jackson@oag.texas.gov
Date: Thursday, July 16, 2026 at 02:24 PM CDT

Ms. Bryan,

I am in receipt of your correspondence dated July 16, 2026.

Your characterization of the current status of services is **rejected**. While you assert that TWC-VR has not "suspended or terminated" services, your statement that they "cannot be utilized" due to my lack of enrollment constitutes a constructive denial of services. This lack of enrollment is the direct, proximate result of TWC-VR's documented failure to provide the mandatory BVI accommodations and academic supports explicitly outlined in my IPEs. You are effectively attempting to leverage the consequences of the agency's own material breaches to justify the withholding of current vocational support.

Furthermore, I formally **reject** the appointment of VR Supervisor TeShawn Ferguson as my point of contact. Ms. Ferguson is a named respondent in my pending Due Process complaint (Case ID: 2029765) for her role in the obstruction of services and due process rights. Appointing an individual with an active conflict of interest to manage my case is a procedural bad-faith maneuver that bypasses the impartial resolution required by law.

This attempt to circumvent the necessary oversight and shift management to a conflicted party is noted. This correspondence has been submitted to the U.S. District Court for the Western District of Texas as a supplemental exhibit to my pending Emergency Motion for a Temporary Restraining Order.

I expect an immediate proposal for a neutral case manager, external to the existing chain of command and entirely removed from the ongoing Due Process proceedings, to rectify the material breaches of my signed IPEs.

I am providing a copy of my March 2026 request for Due Process hearing for your convenience.

Respectfully,

Mark L. Short

> On Thursday, July 16, 2026 at 10:05:24 AM CDT, Elizabeth Bryan <elizabeth.bryan@oag.texas.gov> wrote:

Exhibit K