# EXECUTIVE & FEDERAL OVERSIGHT NOTICE: Imminent Spoliation of Evidence & Conversion of BVI Vocational Assets (Balcones 3414) (RE: OCR Complaint #OCREMAIL00766307S)

From: Mark L. Short (markl_short@yahoo.com)

To: president@txstate.edu; provost@txstate.edu; kdamp@txstate.edu; crcexternalcomplaints@dol.gov; ocr.kansascity@ed.gov

Cc: ocr.kansascity@ed.gov; tsusgencoun@txstate.edu; dhrldirector@txstate.edu; elizabeth.bryan@oag.texas.gov; daisy.jackson@oag.texas.gov; amatiash@txstate.edu; shannon.moler@ed.gov

Date: Wednesday, June 17, 2026 at 09:19 AM CDT

---

**FEDERAL OVERSIGHT ROUTING DIRECTIVE**: To the U.S. Department of Labor (DOL-OCR) and the U.S. Department of Education (OCR Kansas City):
Please immediately append this official status update and all documented evidence of systemic retaliation, WIOA mismanagement, and Title II/Section 504 violations to my active complaint files for investigative review.
**REFERENCE:** OCR Complaint #OCREMAIL00766307S
----------------------------------------------

**To:** Texas State University Executive Leadership; the U.S. Department of Labor – Office of Civil Rights (DOL-OCR)**;** the U.S. Department of Education (OCR Kansas City)
**CC:** Office of the Texas Attorney General; TSUS General Counsel; Texas State University Housing Directors; RSA Oversight

**BACKGROUND:**
The impending destruction of my property is the direct result of concurrent administrative failures across state agencies. The operational timeline is defined by the following four phases:

1. **Failure of TWC-VR Due Process:** I exhausted the TWC-VR administrative review framework to address the agency's failure to adhere to the mandatory dictates of my Individualized Plan for Employment (IPE). The process offered no viable mechanism for resolving the VR compliance failures.

2. **Breach of Financial Commitments:** TWC-VR failed to execute timely coverage for the contracted costs of my Spring 2026 university housing and meal plans, creating an artificial institutional debt condition.

3. **Eviction and Displacement:** On May 20, 2026, rather than resolving the agency-created fiscal deficit, a tactical squad of University Police Department (UPD) personnel executed a forceful eviction and issued a Criminal Trespass Warning.

4. **Institutional Contradiction:** Following the eviction, Texas State University (TXST) executed retroactive account balance corrections, effectively eliminating the alleged financial deficit used to justify the displacement. Concurrently, TXST issued formal invitations for me to register for the Summer and Fall 2026 academic semesters, despite maintaining the physical criminal trespass bar.

Exhibit M

This profound internal contradiction—retroactively erasing the alleged debt and inviting immediate academic re-enrollment while simultaneously maintaining a physical criminal trespass bar enforced by a tactical police unit—demonstrates a legally untenable defensive posture.

**FORMAL NOTICE OF EXECUTIVE LIABILITY AND FEDERAL OVERSIGHT ACTIVATION**

You are hereby served with executive and federal oversight notice of an active administrative crisis and imminent constitutional violation orchestrated by Texas State University's Department of Housing and Residential Life (DHRL), in concurrent failure with the Texas Workforce Commission-Vocational Rehabilitation (TWC-VR) program.

As detailed in the forwarded correspondences below, TXST DHRL has issued a formalized threat to permanently destroy, clear, or dispose of my personal property by **Thursday, June 18, 2026**. *(see attached TXST DHRL Abandoned Property Letter)*.

This state-enforced deprivation of property is scheduled to execute under the following compounding logistical constraints:

- The TX OAG has been completely non-responsive.
- I am legally precluded from directly coordinating with TWC-VR per OAG directives.
- I do not drive and lack access to vehicle transportation.
- I have been forced to seek emergency interim housing in Texas City (210 miles away) due to the unlawful May 20 displacement.

The Office of the President, DOL-OCR and DOE-OCR are formally advised of the following facts to establish absolute institutional and oversight notice:

- **Destruction of Federal Evidence:** The property slated for destruction by TXST DHRL contains critical material evidence directly tied to active federal litigation (*Cause No. 1:26-cv-1174-ADA-DH*). Its destruction constitutes intentional evidence spoliation.
- **Conversion of Protected Vocational Assets:** The seized property includes personally purchased Blind/Visually Impaired (BVI) Assistive Technology (AT) and academic records required for my participation in the university environment and my state-approved Individualized Plan for Employment (IPE).
- **Failure of State Apparatus:** Because the Office of the Attorney General (OAG) legally restricted direct communication with TWC-VR, the OAG is currently serving as the administrative conduit to secure emergency transportation funding to extract this property to my current location in Texas City, TX.

**Federal Oversight Impact:** DOL-OCR and DOE-OCR are notified that a state agency (TWC-VR) is currently failing to protect a disabled student's strictly necessary vocational assets, while a federally funded university (TXST) actively threatens to destroy them.

All active administrative timelines concerning the disposal of the property at Balcones 3414 must remain stayed pending the authorized, insured freight extraction.

Exhibit M

Mark L. Short
Plaintif, *Pro Se*
TXST Student ID: A05450785
Email: markl_short@yahoo.com
Phone: (940) 337-7005

----- Forwarded Message -----
**From:** Mark L. Short <markl_short@yahoo.com>
**To:** DHRL Director <dhrldirector@txstate.edu>; TSUS General Counsel <tsusgencoun@txstate.edu>; amatiash@txstate.edu <amatiash@txstate.edu>
**Cc:** Elizabeth Bryan <elizabeth.bryan@oag.texas.gov>; Daisy Jackson <daisy.jackson@oag.texas.gov>
**Sent:** Monday, June 15, 2026 at 06:53:13 PM CDT
**Subject:** URGENT: Notice of Pending OAG/TWC-VR Administrative Action & Spoliation Warning (Balcones 3414)

**NOTICE OF PENDING ADMINISTRATIVE ACTION AND LITIGATION HOLD**

Texas State University Department of Housing and Residential Life (DHRL) Leadership:

You are hereby provided explicit, formal notice of the active emergency administrative funding request submitted today to the Office of the Attorney General and TWC-VR regarding the property located at Balcones 3414.

The attached filing activates the OAG's administrative conduit to secure the logistical funding required to extract and transport this property under TWC-VR's statutory obligations. However, DHRL is formally advised of the following legal and economic realities regarding this concurrent filing:

- **Preservation of Primary Liability:** This TWC-VR emergency funding request does not dissolve, waive, or pause TXST DHRL's primary obligation to fund the insured freight transport of this property to cure your June 15, 2026, disposal threat. TXST remains the primary instigator of the documented eviction and the resulting financial displacement.
- **Cost Subrogation:** If TWC-VR is forced to authorize emergency state funds to secure these vocational assets and federal evidence from destruction, the financial liability does not disappear. The State will subrogate those costs directly against TXST and the individual-capacity housing directors responsible for the administrative crisis.
- **Absolute Spoliation Warning:** Regardless of which state entity ultimately executes the freight contract, any execution of your June 15 threat to clear, dispose of, or destroy this property prior to its insured extraction will be documented as an intentional spoliation of federal evidence and a willful conversion of educational assets.

All active administrative timelines concerning the disposal of this property must remain stayed until the freight extraction is fully funded and executed.

Mark L. Short
Plaintiff *pro se*
TXST Student ID: A05450785
Email: markl_short@yahoo.com
Phone: (940) 337-7005

----- Forwarded Message -----
**From:** Mark L. Short <markl_short@yahoo.com>
**To:** Elizabeth Bryan <elizabeth.bryan@oag.texas.gov>
**Cc:** Daisy Jackson <daisy.jackson@oag.texas.gov>
**Sent:** Monday, June 15, 2026 at 06:27:33 PM CDT
**Subject:** Emergency Administrative Request for TWC-VR Transportation/Relocation Funding & Notice of

Dear Elizabeth Bryan,

Because your office has legally restricted my direct communication with Texas Workforce Commission-Vocational Rehabilitation (TWC-VR) personnel regarding my active disability services, you operate as the mandatory legal and administrative conduit for all program requests.

You are hereby served with a formal administrative demand to transmit the following emergency funding request to TWC-VR Regional Management immediately upon receipt.

**1. Emergency VR Funding Request for Property Retrieval** I formally request that TWC-VR authorize and release emergency **Transportation and Maintenance** funds to contract a professional, insured freight company. These funds are strictly necessary to pack, secure, and ship all personal possessions required for my participation in the TXST educational program. This includes my personally purchased Blind/Visually Impaired (BVI) Assistive Technology (AT), academic records, and all standard collegiate living essentials currently seized at the Texas State University (TXST) Balcones 3414 residence. The destination for this insured shipment is my current emergency relocation address at **402 10th Ave N, Texas City, TX 77590**.

**2. Financial and Evidentiary Calculus** TXST's Department of Housing and Residential Life (DHRL) has issued a written threat to permanently destroy or dispose of this property by **June 18, 2026**.

The AAG and TWC-VR are explicitly advised of the following economic and procedural liabilities:

- **Comprehensive Asset Protection:** The threatened property encompasses the entirety of the physical and technical resources required to execute my Individualized Plan for Employment (IPE) and participate in the university environment. Because TWC-VR has entirely failed to provide any necessary AT to date, my educational participation relies exclusively on this personally purchased equipment. If TXST executes its threat, TWC-VR will face immediate statutory liability to fully fund and replace all destroyed vocational and educational assets at the State's expense to maintain the viability of the approved program.
- **Spoliation of Evidence:** The requested funds are necessary to secure critical material evidence directly tied to Cause No. 1:26-cv-1174-ADA-DH.
- **The Conduit Liability:** If the Office of the Attorney General fails to immediately transmit this administrative request to TWC-VR leadership, or if TWC delays authorization until the June 18 destruction deadline lapses, the State assumes absolute liability for both the financial conversion of the educational assets and the intentional spoliation of federal evidence.

**3. Required Action** To mitigate compounding damages and resolve this logistical conflict before the destruction deadline, you must fulfill your administrative function and secure TWC-VR funding approval.

Please confirm the transmission of this request to TWC-VR leadership and provide

documentation of the authorized freight contract by **Wednesday, June 17, 2026, at 5:00 PM CDT**.

Mark L. Short
Plaintiff, *Pro Se*
TXST Student ID: A05450785
Email: markl_short@yahoo.com
Phone: (940) 337-7005

2026_06_15_TXST_Aban_Prop_Ltr.pdf
344.3 kB

Exhibit M