# Mark Short v. TWC, Michael Marler, and Tanisha Pickney

From: Dunigan,Corra (corra.dunigan@twc.texas.gov)

To: markl_short@yahoo.com

Date: Tuesday, May 19, 2026 at 04:55 PM CDT

Mr. Short:

I am writing on behalf of the Texas Workforce Commission, Michael Marler, and Tanisha Pickney (collectively the defendants) in the above referenced lawsuit in which you are the pro se plaintiff. Please be advised that you are to immediately cease all direct communications with TWC, Mr. Marler, and Ms. Pickney in their individual or official capacities. As named defendants in this litigation, they are represented by counsel and cannot respond to any emails, calls or other direct contact from you with respect to this lawsuit. The Office of the Attorney General will be representing the defendants in this matter, and any and all future communication should be directed to the assigned Assistant Attorney General. The Assistant Attorney General will make contact with you at the appropriate time. Any future filings should be made directly to the court, not to TWC personnel.

I understand that you have a pending appeal that has been stayed at this time, so there is no reason to send communication related to that appeal to either of these individuals, or anyone else at TWC unless or until your request to stay the appeal has been lifted.

Sincerely,

Corra Dunigan
Assistant General Counsel | Litigation
Texas Workforce Commission
737-367-7807 | corra.dunigan@twc.texas.gov
twc.texas.gov

*CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email is attorney-client privileged and confidential pursuant to Texas Government Code, Sections 552.101, 552.103, 552.106, 552.107, 552.108, 552.110 and/or 552.111.*

Exhibit O