RE: NOTICE: Local Rule CV-7(i) Conferral Request & Impending Sanctions Motion – Case No. 1:26-cv-01174-ADA-DH

From: Elizabeth Bryan (elizabeth.bryan@oag.texas.gov)
To: markl_short@yahoo.com; daisy.jackson@oag.texas.gov
Date: Wednesday, July 22, 2026 at 11:55 AM CDT

Mr. Short,

As I previously stated, I do not represent Texas State University in this matter. I represent the Texas Workforce Commission, Michael Marler, and Tanisha Pickney.

The Texas Workforce Commission and Texas State University are separate entities. The Texas Workforce Commission does not have the authority to direct or control any alleged actions of Texas State University, and it is not liable for the actions of Texas State University.

The Texas Workforce Commission is aware of its duty to preserve all evidence in its possession, custody, or control that is reasonably related to your case. It has complied with this duty and will continue to do so.

The Texas Workforce Commission is opposed to your motion for sanctions.

Respectfully,
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700
elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Wednesday, July 22, 2026 7:14 AM
**To:** Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>; Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** NOTICE: Local Rule CV-7(i) Conferral Request & Impending Sanctions Motion – Case No. 1:26-cv-01174-ADA-DH

Counsel:

Be advised that I will be contacting the court this morning to request immediate intervention regarding the IFP docketing delay.

Furthermore, due to the realized destruction of my property following the expiration of the July 17 deadline, I am

Exhibit Q

drafting an immediate motion for sanctions based on the intentional spoliation of evidence. The State was given formal notice over 30 days ago and failed to institute a functional litigation hold or secure the physical assets.

Pursuant to Local Rule CV-7(i), please advise if your office is available to confer regarding this spoliation and the required itemized accounting before I file the motion.

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Exhibit Q