# FW: SECOND NOTICE – Refusal to Cure Conflict of Interest / Demand for Neutral Case Management

From: Elizabeth Bryan (elizabeth.bryan@oag.texas.gov)

To: markl_short@yahoo.com

Cc: daisy.jackson@oag.texas.gov

Date: Monday, August 10, 2026 at 11:00 AM CDT

---

**From:** Elizabeth Bryan
**Sent:** Monday, July 27, 2026 10:37 AM
**To:** 'Mark L. Short' <markl_short@yahoo.com>
**Cc:** Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** RE: SECOND NOTICE – Refusal to Cure Conflict of Interest / Demand for Neutral Case Management

Mr. Short,

My role is to represent the Texas Workforce Commission and its named employees in your suit against them. The Office of the Attorney General does not manage your active vocational rehabilitation case. Decisions regarding your goals, IPE, and TWC staffing assignments are matters handled exclusively by TWC-VR. Indeed, the TWC determines its own internal staffing and management assignments.

As I previously stated, Ms. Ferguson will reassign your case to a new VR Counselor who is not named in your lawsuit. Once you are in contact with your new Counselor, the two of you can work together to determine how you may utilize your vocational rehabilitation services moving forward. Although the services authorized under your current IPE cannot be used if you are not enrolled at Texas State University, you can speak to your Counselor to determine how your IPE can be changed to support your goals and better suit your current circumstances.

I understand you are currently refusing to contact Ms. Ferguson in order to have your case reassigned to a new Counselor, but please know that Ms. Ferguson and the TWC are ready to assist you should you choose to reach out. If you would like to coordinate the next steps regarding your vocational rehabilitation services please contact Ms. Ferguson directly at teshawn.ferguson@twc.texas.gov or (979) 595-2880.

All the best,

**Elizabeth Bryan**

Assistant Attorney General

General Litigation Division

Office of the Attorney General of Texas

737-230-4700

Exhibit R

elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Saturday, July 25, 2026 5:55 PM
**To:** Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>
**Cc:** Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** SECOND NOTICE – Refusal to Cure Conflict of Interest / Demand for Neutral Case Management

Ms. Bryan,

This serves as formal notice that your office has failed to respond to my correspondence dated July 16, 2026, regarding the constructive denial of my Individualized Plan for Employment (IPE) services.

Your non-response is documented as the State's active refusal to cure the procedural conflict of interest regarding VR Supervisor TeShawn Ferguson. Continuing to route my case management through a named respondent in an active Due Process complaint (Case ID: 2029765) is an ongoing, bad-faith obstruction of administrative remedies. **Furthermore, the State is formally on notice that Ms. Ferguson's documented obstruction places her outside the scope of institutional immunity, and her individual liability will be addressed accordingly in this litigation.**

The State cannot weaponize my lack of academic enrollment as a pretext to suspend case management when that lack of enrollment is the direct, mathematical result of the State's failure to execute mandatory IPE accommodations. Using the consequences of the agency's own material breaches to justify routing my case through a conflicted party is a procedural violation I will not accept.

Demand is hereby renewed for the immediate appointment of a neutral case manager, entirely removed from the current chain of command and active Due Process proceedings.

If I do not receive a substantive proposal for neutral case management by **5:00 PM CDT on Tuesday, July 28, 2026**, your non-response will be formally docketed in WDTX Case No. 1:26-cv-01174 and/or Fifth Circuit Case No. 26-50608.

Respectfully,

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

On Thursday, July 16, 2026 at 02:24:20 PM CDT, Mark L. Short <markl_short@yahoo.com> wrote:

Exhibit R

Ms. Bryan,

I am in receipt of your correspondence dated July 16, 2026.

Your characterization of the current status of services is **rejected**. While you assert that TWC-VR has not "suspended or terminated" services, your statement that they "cannot be utilized" due to my lack of enrollment constitutes a constructive denial of services. This lack of enrollment is the direct, proximate result of TWC-VR's documented failure to provide the mandatory BVI accommodations and academic supports explicitly outlined in my IPEs. You are effectively attempting to leverage the consequences of the agency's own material breaches to justify the withholding of current vocational support.

Furthermore, I formally **reject** the appointment of VR Supervisor TeShawn Ferguson as my point of contact. Ms. Ferguson is a named respondent in my pending Due Process complaint (Case ID: 2029765) for her role in the obstruction of services and due process rights. Appointing an individual with an active conflict of interest to manage my case is a procedural bad-faith maneuver that bypasses the impartial resolution required by law.

This attempt to circumvent the necessary oversight and shift management to a conflicted party is noted. This correspondence has been submitted to the U.S. District Court for the Western District of Texas as a supplemental exhibit to my pending Emergency Motion for a Temporary Restraining Order.

I expect an immediate proposal for a neutral case manager, external to the existing chain of command and entirely removed from the ongoing Due Process proceedings, to rectify the material breaches of my signed IPEs.

I am providing a copy of my March 2026 request for Due Process hearing for your convenience.

Respectfully,

Mark L. Short

On Thursday, July 16, 2026 at 10:05:24 AM CDT, Elizabeth Bryan <elizabeth.bryan@oag.texas.gov> wrote:

Good morning, Mr. Short,

Please find attached a letter regarding the status of your vocational rehabilitation services.

Best,
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700
elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Tuesday, July 14, 2026 11:15 AM

Exhibit R

**To:** Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>
**Cc:** Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** FOLLOW-UP: Formal Inquiry Regarding Status of Vocational Services (Cause No. 1:26-cv-01174-ADA-DH)

Counsel,

This email serves as a formal follow-up to my prior correspondence regarding the pending litigation.

As I am under strict restrictions prohibiting direct contact with the Texas Workforce Commission - Vocational Rehabilitation (TWC-VR) agency, I am directing this inquiry to your office as the statutory representative of the State in this matter.

It appears that TWC-VR has effectively ceased all vocational services pending this litigation. I request that you formally clarify the current status of my Individualized Plan for Employment (IPE) and service plan.

Please provide written confirmation of whether the Agency has unilaterally terminated or suspended these services.

- If the Agency maintains that services have not been suspended, I require you to provide specific written instructions on how I am to coordinate the delivery of these services. Given my restriction against direct contact with the agency, the State must designate an alternative, compliant conduit for service coordination.
- If services have been suspended, please cite the specific legal authority—statutory or administrative—that allows the State to suspend disability-related vocational services as a direct consequence of an individual exercising their right to pursue federal litigation.

Respectfully,

Mark L. Short
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Exhibit R