# Case Note for:

Mark Landon Short, XXX-XX-3684, Case ID: 2029765, Caseload: Tanisha Pickney 5410, Program: VRS, Phase: Active Services, Pre-ETS Eligible: No, I9 Work Eligible: Yes

**Create Date:**

03/11/2026

**Case Note Date:**

03/06/2026

**Origin**

RHW

**Topic:**

Contact

**Add to Topic:**

Late Entry

**Pre-ETS:**

No

**Referred to Board Resource Room during this visit:**

No

**System Generated:**

No

**Created By:**

Tanisha Pickney

**Case Note:**

---

From: Fink,Chris <chris.fink@twc.texas.gov>
Sent: Friday, March 6, 2026 3:07 PM
To: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Subject: RE: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

His eligibility page shows count fingers only in both eyes I have a hard time thinking he doesn't use a screen reader. But I am going to let the school deal with it.

Exhibit T

From: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Sent: Friday, March 6, 2026 2:54 PM
To: Fink,Chris <chris.fink@twc.texas.gov>
Subject: Re: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

Yes, as far as I know he is not a JAWS user. Yes, he just wants it to modify information he can access it for later is what he told me, and he has to submit assignments in PDF which I'm sure he can do that with the simple version of the school they offer.

---

From: Fink,Chris <chris.fink@twc.texas.gov>
Sent: Friday, March 6, 2026 2:49 PM
To: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Subject: RE: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

Oh interesting. That isn't really a good justification, because he wants it. It should be a need.... It's of course up to the school, I feel bad that I assumed he was a JAWS user, Tim Shaw thought he was a swell, because that's when it makes a difference and is an accommodation.

From: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Sent: Friday, March 6, 2026 2:44 PM
To: Fink,Chris <chris.fink@twc.texas.gov>
Subject: Re: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

I think he wants Adobe Pro just because honestly. This is the reason he wants Adobe Pro this was a response in an email he sent awhile back.

I actively modify, extend, re-organize course materials, as I need, in order to make it easier to later access and review for tests / assignments.

I also have to routinely prepare / submit assignments in PDF form.

---

From: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Sent: Friday, March 6, 2026 2:16 PM
To: Fink,Chris <chris.fink@twc.texas.gov>
Subject: Re: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

I don't think he uses JAWS at all. He's never mentioned it to me.

---

From: Fink,Chris <chris.fink@twc.texas.gov>
Sent: Friday, March 6, 2026 2:10 PM
To: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>

Exhibit T

Subject: RE: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

I think he uses JAWS correct? That is why he would need Adobe Pro. I think it's on his school laptop but they thought he would need it on a test computer at the campus.

I guess I assumed he was a JAWS user since he said he was having issues with Adobe Pro.

From: Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Sent: Friday, March 6, 2026 2:09 PM
To: Fink,Chris <chris.fink@twc.texas.gov>; Robinson,Linda <linda.robinson@twc.texas.gov>
Subject: Re: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

Thank you for the update. He has never mentioned JAWS before either to me nor with Linda with an evaluation was done. So, just to confirm he is asking for JAWS?

---

From: Fink,Chris <chris.fink@twc.texas.gov>
Sent: Friday, March 6, 2026 12:22 PM
To: Robinson,Linda <linda.robinson@twc.texas.gov>; Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Subject: RE: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

I removed Mark from this email to let you know how the conversation went. I explained to them why he needed Adobe Pro for all of his classes and not just if its required for a class. The director did say that Mark has said some horrible things to and about his staff, but he's even more surprised that Mark never requested JAWS as an accommodation. I asked if it was possible he took his tests on his own laptop and he said no, he highly doubts it he would have to take his tests in the testing center using JAWS, but he has never asked for it.

He said that he will follow up with him and has a few things to talk to him about, but I wanted to let you know in case he comes back mad because he didn't get what he wanted.

Chris

From: Fink,Chris
Sent: Friday, March 6, 2026 12:12 PM
To: Mark L. Short <markl_short@yahoo.com>; Robinson,Linda <linda.robinson@twc.texas.gov>; Pickney,Tanisha <tanisha.pickney@twc.texas.gov>
Subject: RE: Formal Follow-up: Outstanding Assistive Technology Support (IPE October 2024)

Good afternoon

I just got off of the phone with Gavin who is the director of ODS, I explained your needs to him and he will be following up with you. I don't know when it will be, but they will let you know what they can assist with. I believe he had some other questions for you.

I hope I was able to assist you, any access now will be between the University and you.

Exhibit T