RE: URGENT: FORMAL VENDOR COMPLAINT - Risk to IPE & Request for VR3446 - Case ID:2029765

From: Castillo,Laura (laura.castillo@twc.texas.gov)

To: markl_short@yahoo.com

Date: Friday, February 27, 2026 at 09:18 AM CST

Mr. Short, thank you for submitting your complaint and we are acknowledging receipt of it.

Since you have submitted a complaint with the University already, we are forwarding it to VR administration for further review.

Mr. Pokorney as the TWC EO Officer will also review and see what the next best option is. We will respond to you timely.

Best regards,
Laura

**Laura Castillo, PhD, CRC**
Statewide EO Coordinator
Div. of Fraud Deterrence and Compliance Monitoring (FDCM)
Equal Opportunity Compliance Dept. (EOCD)
Texas Workforce Commission
EOCD (512) 463-2400, Phone (737) 279-8965
Relay Texas 711, 1-800-735-2989 (TDD) or 1-800-735-2988 (Voice)
twc.texas.gov

How are we doing? Tell us here: Customer Service Survey

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Thursday, February 26, 2026 8:58 PM
**To:** EO Complaint <EO.complaint@twc.texas.gov>; cheryl.fuller@twc.texas.gov; Labor Information <laborinfo@twc.texas.gov>
**Subject:** URGENT: FORMAL VENDOR COMPLAINT - Risk to IPE & Request for VR3446 - Case ID:2029765

Some people who received this message don't often get email from markl_short@yahoo.com. Learn why this is important

**CAUTION:** Email not from TWC System. Use care when clicking links and opening attachments.

**MEMORANDUM FOR:**
**1. Unit Supervisor** (Office of Record for Counselor Pickney, Tanisha)
**2. Regional Quality Assurance Specialist** (Region 4 or 8)
**3. Texas State University Liaison Office**

Dear Ms. Pickney,

Exhibit C

I am writing to **file a formal complaint** regarding Texas State University, a TWC Eligible Training Provider. I allege that this provider is currently in violation of the non-discrimination standards required by the Workforce Innovation and Opportunity Act (WIOA).

1. The Violation

I am the complainant in an active investigation regarding Disability Discrimination (University Case #: 2025899101). The university has failed to provide the safe, accessible training environment that TWC has purchased on my behalf. This hostile environment is a direct barrier to the Competitive Integrated Employment (CIE) goal outlined in my IPE.

2. Mandatory Reporting (VRSM A-202-2)

Per TWC Vocational Rehabilitation Services Manual (VRSM) Section A-202-2 (Civil Rights Complaints), I understand that you are required to forward any reports of discrimination immediately to the TWC Equal Opportunity (EO) Officer. Please accept this email as my formal request to trigger that protocol.

3. Request for Supervisor Support

I understand that taking action against a large vendor like a state university often requires management approval. I am requesting that you consult with your Unit Supervisor regarding:

- Filing a Form VR3446 (Incident Report) to document this barrier to my employment.
- Notifying the Regional Quality Assurance Specialist that a TWC vendor is failing to comply with federal Section 504/Title IX standards.

I need TWC to act not just as a funding source, but as the purchaser ensuring its client receives compliant services.

Please confirm when this has been escalated to the EO Officer.

Respectfully,

Mark L. Short
(940) 337-7005

TWC Case ID:2029765

Exhibit C