# Texas Workforce Commission
A Member of Texas Workforce Solutions

Joe Esparza, Chairman
Commissioner Representing Employers

Alberto Treviño III
Commissioner Representing Labor

Brent Connett
Commissioner Representing the Public

Steve Pier
Executive Director

April 14, 2026

**VIA Email:** markl_short@yahoo.com
Mark L. Short
350 North St.
San Marcos, TX 78666

Dear Mr. Short:

The Equal Opportunity Compliance Department (EOCD) received your written complaint on March 9, 2026. Your EO-13 complaint raised three issues.

- You stated that since August 2025, Texas State University has failed to provide accessible digital coursework and that Alexandria Hatcher, Chief Compliance Officer for Texas State University, denied your requests for interim supportive measures during a related investigation.
- You stated that Texas Workforce Commission Vocational Rehabilitation (TWC-VR) has improperly structured your funding resulting in your Texas State University needs-based grant to be consumed by tuition and fees, which you state TWC-VR is already mandated to cover.
- You stated that VRC Tanisha Pickney and VR Supervisor Teshawn Ferguson have failed to issue written notice of decisions and instead communicated denials via email, which did not properly provide notice of your appeal rights.

On March 11, 2026, TWC-VR provided a response to programmatic issues you had raised. TWC-VR's response provided information on the interaction of needs-based funding and VR funding for university programs, information on how to request changes to your Individualized Plan for Employment (IPE) and acknowledged TWC-VR's failure to make authorized maintenance payments that TWC-VR would correct. The response stated that you had been provided with notice and instructions for requesting a hearing and the response included a copy of a hearing request form.

Since filing your EO-13 complaint, you filed complaints with the US Department of Education's Office of Civil Rights (OCR) and the Texas Higher Education Coordinating Board (THECB). You have also filed a request for a hearing with TWC-VR. EOCD received additional correspondence and documentation from you; however, EOCD is limited to reviewing the issues raised in your EO-13 complaint.

Under TWC rule §842.10, the State-Level EO Officer must refer a complaint to a federal agency when that federal agency has jurisdiction over the complaint. The Department of Education's Office of Civil Rights has jurisdiction over the portion of your complaint that alleges disability discrimination by Texas State University and is in the best position to review your complaint due to their familiarity with applicable regulations. As you have already filed a complaint with OCR, EOCD will not take any further action on that issue.

The remaining issues raised in your complaint are programmatic issues, which are outside the jurisdiction of EOCD. TWC-VR provided a response addressing those issues and you subsequently requested a hearing. The hearing will provide you with an opportunity to have an Independent Hearing Officer review and make a decision on those programmatic concerns.

In conclusion, we find that jurisdiction does not exist because the TWC EO Officer does not have jurisdiction over programmatic complaints and because OCR is the appropriate authority to review your complaint regarding Texas State University. This letter is your Notice of Lack of Jurisdiction (29 CFR § 38.74).

If you have concerns (other than discrimination) relating to the handling of your VR case, please contact the VR team to assist you and guide you with the appeals process. The Client Assistance Program is also identified below as a resource for you.

- VR Ombudsman and VR Customer Engagement Officer phone numbers Vocational Rehabilitation Program - Texas Workforce Commission
- VR Appeal Procedures - Can We Talk brochure
- Client Assistance Program (CAP) In Texas - Disability Rights Texas

If you are dissatisfied with the ruling in this letter, you may, within 30 days from the date of this letter, file a complaint with the US Department of Labor, Civil Rights Center (CRC). The CRC's address is:

Director, Civil Rights Center
US Department of Labor, CRCExternalComplaints@dol.gov
200 Constitution Avenue, NW
Room N-4123
Washington, DC 20210

Sincerely,

Jon Pokorney

Jon Pokorney
State of Texas Equal Opportunity Officer

Exhibit E