# URGENT: NOTICE OF BAILMENT / DEMAND FOR RETURN OF PROPERTY - CASE NO. 1:26-cv-1174-ADA-DH

From: Mark L. Short (markl_short@yahoo.com)

To: corra.dunigan@twc.texas.gov; tsusgencoun@txstate.edu

Date: Wednesday, May 27, 2026 at 12:42 PM CDT

**Corra Dunigan**, please ensure this formal Notice of Bailment and Demand for Return of Property is immediately forwarded to the Assistant Attorney General assigned to represent the Defendants in WDTX Case No. 1:26-cv-1174-ADA-DH.

Counsel,

Please see the attached Notice of Bailment and Demand for Return of Property regarding the personal property currently being held by Texas State University. This demand is provided as a formal notice prior to potential further litigation and/or amendment of the pleadings in the above-referenced case. I expect your prompt attention to this matter and confirmation of the moving arrangements within forty-eight (48) hours.

Respectfully,

Mark L. Short
Plaintiff, *Pro Se*
Case No. 1:26-cv-1174-ADA-DH
(940) 337-7005

2026_05_27_Notice_of_bailment_and_demand_for_return_of_personal_property.pdf
48.3 kB

Exhibit F

**FROM:** Mark L. Short, Plaintiff, *Pro Se*
**DATE:** May 27, 2026
**SUBJECT:** NOTICE OF BAILMENT AND DEMAND FOR IMMEDIATE RETURN OF PERSONAL PROPERTY

**TO:** Assistant Attorney General (AAG) [to be announced]
Office of the Attorney General of Texas
300 W. 15th Street
Austin, TX 78701
Phone: 512-463-2100 (Main Switchboard)

[VIA] Corra Dunigan
Assistant General Counsel, Litigation
Texas Workforce Commission
101 E. 15th Street
Austin, Texas 78778-0001
Phone: 737-367-7807
Email: corra.dunigan@twc.texas.gov

**CC:** Office of the General Counsel
Texas State University System
601 Colorado St
Austin, TX 78701
Email: tsusgencoun@txstate.edu

**RE:** NOTICE OF BAILMENT AND DEMAND FOR IMMEDIATE RETURN OF PERSONAL PROPERTY
Case No. 1:26-cv-1174-ADA-DH

Counsel,

This correspondence serves as a formal Notice of Bailment regarding the personal property and Assistive Technology (AT) currently being held by Texas State University following the forced eviction of the undersigned on May 20, 2026.

The University's continued retention of my personal effects—including high-value Assistive Technology that is essential for my daily living and educational access—is without legal justification. By exercising control over my personal property to the exclusion of my rights, the University is committing the tort of Conversion of Property under Texas law, which further compounds the ongoing injury currently being litigated in the above-referenced federal action.

Furthermore, this seizure occurred pending a ruling on a federal emergency motion for a Temporary Restraining Order (TRO) specifically addressing the protection of my housing and educational status. By forcibly evicting me and seizing my property while the Court was actively considering this emergency motion, the University acted with blatant disregard for the federal judicial process.

I am currently in an emergency relocation to Texas City, Texas. Furthermore, any attempt by the University to mandate that I physically retrieve my property from campus—knowing of the existing, retaliatory

Criminal Trespass Warning—is an unlawful condition that forces me to choose between the recovery of my property and the protection of my liberty. The University, as the party that assumed control of my property during the eviction, bears the sole legal responsibility for the delivery and safe transport of said property to my current location. Any insistence that I appear on campus to retrieve my belongings will be documented as an attempt to induce a criminal trespass incident and will be treated as an aggravating factor in my pending federal conversion claim.

## DEMAND

I hereby demand the immediate return of all personal property and Assistive Technology. Given the volume and nature of the property, which includes high-value Assistive Technology, specialized computer equipment, clothing and personal household items, simple courier services (UPS/FedEx) are insufficient.

I demand that the University contract with a professional, insured moving and freight company to inventory, pack, and ship the entirety of my property to:

**402 10th Ave N**
**Texas City, TX 77590**

This shipment must be at the University's sole expense.

## LIABILITY NOTICE

Should the University fail to comply with this demand within the allotted time, or should the property be returned in any condition other than "as-new," I will take the following actions:

- **Expansion of Litigation:** I will immediately file an Amended/Supplemental Pleading in Case No. 1:26-cv-1174-ADA-DH, adding a formal claim for Conversion of Property.
- **Damages:** I will seek the full replacement value of all withheld or damaged Assistive Technology, in addition to significant damages for the loss of use and the intentional obstruction of my educational access.
- **Individual Liability:** As this property was withheld during an unauthorized, pre-planned, and coordinated 5-6 man armed tactical housing deployment, I will seek to hold the individual housing directors, authorized University personnel, and the UPD personnel personally liable for these damages. Their coordinated actions were outside the scope of their legitimate employment and constitute a bad-faith effort to retaliate against me and sabotage my ongoing federal claims.

**Note-Under Section 1983, "just following orders" is not a defense if the underlying order is unconstitutional.*

The University's continued possession of my personal assets is a significant liability that complicates the ongoing global resolution framework. I trust that the Office of the Attorney General will advise the University that the immediate return of this property is in the best interest of all parties to avoid further escalation.

Within forty-eight (48) hours of the transmission of this notice, the University must provide a copy of the executed contract with a professional moving/freight company, inclusive of an inventory schedule and a confirmed pickup date.

Exhibit F

Respectfully,

Mark L. Short
Plaintiff, *Pro Se*
(940) 337-7005

**Sent:** May 27, 2026, at or before 1PM CDT