# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MARK L. SHORT,**<br><br>Plaintiff,<br><br>v.<br><br>**TEXAS WORKFORCE COMMISSION,**<br><br>**MICHAEL MARLER,** in his official capacity as Interim Deputy Regional Director,<br><br>**TANISHA PICKNEY,** in her official capacity as Vocational Rehabilitation Counselor**,**<br><br>Defendants. | Civil Action No: 1:26-cv-01174-ADA-DH |

## AFFIDAVIT OF PLAINTIFF MARK SHORT IN SUPPORT OF EMERGENCY MOTION FOR WRIT OF REPLEVIN

I, Mark Short, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, correct, and based upon my personal, direct knowledge:

1. I am the Plaintiff in the above-captioned civil rights action, proceeding *pro se*. I am of sound mind, over eighteen years of age, and fully competent to make this declaration.

2. I am a qualified individual with documented disabilities under Title II of the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act.

   - Specifically, I am Blind-Visually Impaired (BVI), experiencing extreme myopia (-15.00 diopters), profound astigmatism, bilateral cataracts, and recurrent corneal erosion (RCE). It means my eyeballs are physically elongated, placing myself at a continuous, high risk for retinal detachment and macular damage.
   - Additionally, I am severely mobility-impaired, suffering from an inoperable ruptured Achilles tendon that requires the continuous use of a physical leg brace.

3. I am the rightful owner of the unlawfully seized property currently held by the Defendants and their agents at Texas State University (TXST) and the University Police Department (UPD). This property encompasses federally protected Blind and Visually Impaired (BVI) vocational assets, active litigation evidence, academic records, and the entirety of my remaining personal estate.

4. The precise monetary value of these assets cannot currently be calculated because Defendants have deliberately ignored formal demands, executed on July 21, 2026, and August 23, 2026, to produce a "Spoliation Inventory Manifest" detailing what items have survived. Furthermore, the property possesses unquantifiable value as physical evidence in an active federal civil rights action and as highly customized BVI Assistive Technology.

5. The property was unlawfully seized on May 20, 2026, during an armed eviction at Balcones 3414.

6. This seizure was executed under a manufactured financial pretext. The university's official billing ledger confirms that Defendants intentionally withheld my authorized room and board funding, processing a $9,382.58 payment on May 22, 2026—exactly two days after the armed lockout.

7. At all times relevant, TXST operated as the Defendants' contracted educational vendor and administrative agent.

8. The property is in imminent danger of permanent destruction. I have direct knowledge that on July 21, 2026, university personnel acting as Defendants' agents confirmed in writing the permanent disposal of items they unilaterally designated as not "high value".

9. The surviving assets are currently subjected to a 60-day destruction clock that was arbitrarily initiated on July 17, 2026, placing the remaining property in immediate peril of spoliation.

10. Defendants have acted in bad faith to deliberately manufacture a condition of "abandonment." My physical mobility limitations (a ruptured Achilles) renders unassisted physical retrieval impossible. Defendants subsequently ignored my formal requests for emergency logistical funding to secure the property.

11. Defendants have deliberately defaulted on a continuous series of formal transit demands executed on May 27, June 15, July 12, July 17, and August 23, 2026, failing to initiate state-contracted logistics to return the property.

12. **Exhibit A**, attached to the accompanying Emergency Motion for Writ of Replevin, is a true, accurate, and unaltered copy, with the exception of the added watermark

exhibit label, of the Demand for Freight Transit and Inventory Manifest I transmitted to Defense Counsel on August 23, 2026.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Executed on August 26, 2026, at Texas City, Texas.

Respectfully submitted,

*/s/ Mark L. Short*

______________________

**Mark L. Short**, BSCS
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: August 26, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, a true and correct copy of the foregoing was served upon the Respondents via Electronic Mail as follows:

**Counsel for Defendants (TWC, Marler, Pickney):**

**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548
Phone: 737-230-4700
Email: elizabeth.bryan@oag.texas.gov

Respectfully Submitted,

*/s/ Mark L. Short*

______________________

**Mark L. Short**, BSCS
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Dated: August 26, 2026