**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MARK L. SHORT,** *Plaintiff,* | § | |
| ***v.*** | § | **NO. 1:26-CV-01174-ADA** |
| **TEXAS WORKFORCE COMMISSION, MICHAEL MARLER, TANISHA PICKNEY,** *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Plaintiff's Motions for Temporary Restraining Order (Dkt. Nos. 22; 27). Dkt. No. 30. The report recommends that Plaintiff's Motions be denied. The Report and Recommendation was filed on August 11, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff moved for leave to exceed page limitations to the report and recommendation, seeking to file an attached thirty-page objection. *See* Dkt. Nos. 36; 36-1. Although the motion for leave to file was not granted within the objection window, the Court has considered Plaintiff's

arguments, construing his filings liberally because he is a *pro se* litigant. *See Collins v. Dallas Leadership Found.*, 77 F.4th 327, 330 (5th Cir. 2023).

The Court has therefore conducted a *de novo* review of the Report and Recommendation, the objections to the Report and Recommendation, the record of this case, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted and Plaintiff's objections should be overruled. The Court agrees with the report and recommendation's finding that Plaintiff has not demonstrated a substantial likelihood of success for the purposes of obtaining a TRO. The Court therefore finds that Judge Howell's Report and Recommendation should be adopted and that Plaintiff's Motions for a Temporary Restraining Order (Dkt. Nos. 22; 27) should be denied.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motions for a Temporary Restraining Order (Dkt. Nos. 22; 27) are **DENIED.**

**SIGNED** on August 28, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE