# Short v. TWC - No. 1:26-cv-01174

From: Elizabeth Bryan (elizabeth.bryan@oag.texas.gov)
To: markl_short@yahoo.com
Cc: daisy.jackson@oag.texas.gov
Date: Thursday, June 4, 2026 at 02:11 PM CDT

Hello Mr. Short,

I am the assistant attorney general assigned to represent the Texas Workforce Commission, Michael Marler, and Tanisha Pickney in your case against them (Western District of Texas Case No.: 1:26-cv-01174) ("*Short v. TWC*").

To my knowledge, those three entities/persons are the only named defendants in this matter. If you have a different understanding as to the number of or identities of the defendants, please let me know.

Additionally, please direct any future communications pertaining to Short v. TWC to both me and Daisy Jackson, my legal assistant who is copied here, rather than my clients. My contact information is within my signature block at the close of this email, and my address for postal/ physical mail is:

P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548

It is my understanding that none of my three clients have been served with a summons and complaint in Short v. TWC, meaning my clients and I are of the understanding that you have not perfected service upon any defendant in Short v. TWC. If you believe that you have already perfected service on any of my clients, please let know. Moreover, please note that this email does not constitute my clients' waiver of service, and this email does not demonstrate that I have been given authority to act as my clients' agent for purposes of service in Short v. TWC.

Best regards,
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700
elizabeth.bryan@oag.texas.gov

Exhibit A