NOTICE OF PENDING FEDERAL LITIGATION AND [REITERATED] FORMAL PRESERVATION HOLD

From: Mark L. Short (markl_short@yahoo.com)
To: nelly.herrera@tsus.edu; tsusgencoun@txstate.edu; police@txstate.edu
Cc: elizabeth.bryan@oag.texas.gov; daisy.jackson@oag.texas.gov; provost@txstate.edu
Date: Saturday, August 29, 2026 at 11:50 PM CDT

# NOTICE OF PENDING FEDERAL LITIGATION AND [REITERATED] FORMAL PRESERVATION HOLD

## TO:

Nelly R. Herrera, J.D.
Vice Chancellor and General Counsel
(512) 463-9976
Email: nelly.herrera@tsus.edu

TSUS Office of General Counsel
Texas State University
601 University Drive, JCK 1040
San Marcos, Texas 78666
Email: TSUSGenCoun@txstate.edu

Texas State University Police Department (UPD)
Nueces Building
615 N. LBJ Drive
San Marcos, Texas 78666
Email: police@txstate.edu

## CC:

Elizabeth Bryan
Assistant Attorney General

Exhibit C

General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station, MC-019
Austin, TX 78711-2548
Phone: 737-230-4700
Email: elizabeth.bryan@oag.texas.gov

Office of the Provost and Executive VP for Academic Affairs
Dr. Pranesh B. Aswath
Texas State University
J.C. Kellam Administration Building, Room 1060
601 University Drive
San Marcos, Texas 78666
Phone: 512.245.2205
Email: provost@txstate.edu

**DATE:** August 29, 2026
**RE:** Legal Preservation Hold and Notice of Active Federal Litigation Regarding Seized Assistive Technology and Vocational Property in Custody of the University Police Department (UPD); *Short v. Texas Workforce Commission, et al.*, Case No. 1:26-cv-01174-ADA-DMH, U.S. District Court for the Western District of Texas.

## I. PURPOSE OF NOTICE

This communication serves as formal, direct notice to Texas State University ("TXST") and the Texas State University System ("TSUS") regarding active federal litigation directly impacting university operations, physical custody of jurisdictional assets, and the individual-capacity liability of named university personnel.

Exhibit C

This notice is transmitted to ensure institutional risk managers are fully apprised of pending federal motions and mandatory preservation duties concerning personal property and Blind and Visually Impaired (BVI) assistive technology seized on May 20, 2026, and currently retained in the physical custody of the **Texas State University Police Department (UPD)**.

## II. ACTIVE PROCEDURAL POSTURE & PENDING EMERGENCY MOTIONS

The subject property is currently under active judicial review before the Honorable Judge Alan D Albright and Magistrate Judge Dustin M. Howell in the United States District Court for the Western District of Texas. The following substantive motions remain pending on the federal docket, supported by formally filed evidentiary documents:

1. **Plaintiff's Emergency Motion for Writ of Replevin [ECF No. 37]:** Formally seeking the immediate freight transit and return of all specialized vocational assets, academic hardware, and litigation materials currently held by TXST/UPD. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.37.0.pdf

2. **Plaintiff's Opposed Motion for Sanctions and Return of Seized Property [ECF No. 34]:** Invoking Federal Rule of Civil Procedure 37 and the Court's inherent power regarding the unlawful retention, denial of access, and threatened spoliation of jurisdictional evidence. This

document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.34.0.pdf

3. **Exhibit A - TXST Pattern of Noncompliance Items 1-94 [ECF No. 36-2]:** A comprehensive 27-page verified evidentiary matrix detailing 94 specific instances of university noncompliance, due process deprivations, and failures to accommodate by TXST personnel. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.36.2.pdf

4. **Exhibit T - 20260306 TWC Internal Case Notes Documenting TXST Inter-Agency Coord [ECF No. 35-9]:** The unsealed internal agency logs explicitly documenting the inter-agency coordination between Texas State University administration and the Texas Workforce Commission leading up to the May 20, 2026 administrative action. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.35.9.pdf

5. **Exhibit H - Internal TXST Communications Re: Spoliation [ECF No. 26-1]:** The July 21, 2026, email chain from TXST Residence Life confirming that seized items were transferred to the University Police Department (UPD) and are arbitrarily subjected to a 60-day destruction

timeline. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.26.1.pdf

6. **A sworn federal declaration [ECF No. 37-1]:** Identifying the UPD as the custodian of the property; internal TXST communications dated July 21, 2026, confirming a 60-day destruction timeline. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.37.1.pdf

7. **Exhibit B - The official TXST student account ledger [ECF No. 34-3]:** Confirming a $9,382.58 payment from TWC on May 22, 2026, demonstrating the manufactured financial pretext of the May 20 eviction. This document is part of the permanent judicial record and publicly accessible via CourtListener. https://storage.courtlistener.com/recap/gov.uscourts.txwd.1172905727/gov.uscourts.txwd.1172905727.34.3.pdf

## III. NOTICE OF IMPENDING SPOLIATION DATE (SEPTEMBER 17, 2026)

Previous administrative directives designated **September 17, 2026**, as a date for the disposal, auction, or destruction of the seized items under standard abandoned property guidelines.

Texas State University and the UPD are hereby formally notified that:

- **The property is not abandoned.** Plaintiff has consistently asserted ownership, demanded transit under the Rehabilitation Act and the Individualized Plan for Employment (IPE), and actively litigated for its physical return on the federal docket.
- Any unilateral administrative disposal, destruction, auction, or transfer of the property by the UPD on or after September 17, 2026, while ECF No. 34 and ECF No. 37 remain pending before the Court, will constitute prima facie bad-faith spoliation of evidence under Federal Rule of Civil Procedure 37(e).
- Intentional destruction of assets during active litigation will subject the institution and the individual chain of command at the UPD to severe evidentiary sanctions, including adverse inferences and personal liability outside the scope of statutory indemnification.

## IV. DEMAND FOR FORMAL LITIGATION HOLD & RETENTION DIRECTIVE

The Office of General Counsel is formally requested to immediately issue a written **Litigation Hold Directive** to the University Police Department, specifically directing that:

1. All property, items, hardware, and materials seized on May 20, 2026, and currently in UPD custody be secured,

inventoried, and preserved without alteration, auction, or disposal until final disposition of ECF No. 37 by the federal court.

2. The UPD preserve all body-camera footage, 911 dispatch audio, patrol logs, and incident reports associated with the May 20, 2026 eviction action.

Please confirm in writing within three (3) business days that a formal preservation directive has been instituted with the UPD Property/Evidence division, and that the scheduled September 17, 2026 administrative disposal of assets has been stayed pending judicial resolution.

Respectfully submitted,

**Mark L. Short**, BSCS
Plaintiff, *Pro Se*
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com

Enclosures / Attached Files (3):

1.
docketed_ECF_26_01_Spoliation_Destruction_of_Property_Confirmation.pdf

2.
docketed_ECF_37_01_Affidavit_in_Support_of_Writ_of_Reple

vin.pdf

3. docketed_ECF_34_03_Acct_Statement_Spring_2026.pdf

docketed_ECF26_01_Spoliation_Destruction_of_Property_Confirmation.pdf
396.5 kB

docketed_ECF34_03_Acct_Statement_Spring_2026.pdf
153.2 kB

docketed_ECF37_01_Affidavit_in_Support_of_Writ_of_Replevin.pdf
158 kB

Exhibit C