Follow-up: Transition Services (Freight Transit for Vocational Property)

From: Mark L. Short (markl_short@yahoo.com)
To: monica.villarreal@twc.texas.gov
Date: Tuesday, September 1, 2026 at 12:40 PM CDT

Dear Ms. Villarreal,

Thank you for your time on the phone today. I appreciate your willingness to look into the transition services we discussed.

To provide you with the exact details for your inquiry:

- I am requesting TWC-VR authorization for freight transit services to recover my BVI vocational property, Assistive Technology, and personal effects currently secured in storage at the Texas State University Police Department.

When I was unexpectedly displaced from my housing on May 20, I was strictly limited to taking only what I could physically carry, which consisted of:

- A briefcase and contents
- A backpack (with laptop)
- A utility pouch (containing medications)
- A jacket
- The clothes I wore

I lacked the physical capability and logistical resources to transport any remaining items myself. TXST has placed a strict, final deadline of September 17, 2026, on remaining property. If it is not recovered by that date, the university will

Exhibit D

proceed with permanent disposal.

Authorizing standard freight transit to my current location in Texas City will safely recover these assets and prevent the total loss of my required vocational tools.

Feel free to let me know if there is additional information you need.

Sincerely,

Mark L. Short
(940) 337-7005

ACTION REQUIRED: Deadline for Freight Transit Authorization (Sept 3

From: Mark L. Short (markl_short@yahoo.com)
To: monica.villarreal@twc.texas.gov
Date: Wednesday, September 2, 2026 at 03:59 PM CDT

Dear Monica Villarreal,

I am writing to set a final deadline to arrange freight transit for my specialized BVI vocational equipment. This equipment is currently trapped at Texas State University and is scheduled to be permanently destroyed on September 17, 2026.

Because the destruction date is so close, I cannot wait on an open-ended review. I need a formal "yes" or "no" for the freight funding by 5:00 PM CDT on Thursday, September 3, 2026. If I do not receive an answer, I will officially log it as a denial.

As I explained before, I do not drive and do not own a vehicle. I am displaced 210 miles away in Texas City. Compounded by my active medical constraints—specifically an inoperable torn Achilles requiring a leg-brace and recurrent corneal erosions—unassisted physical retrieval of this freight is completely impossible.

Federal law (34 C.F.R. § 361.48(b)) and the agency's own Texas VRSM rules (Chapters 16.4 and 16.5) explicitly require TWC-VR to provide transportation for necessary vocational tools.

I know you inherited this file after the lawsuit started, and I understand that your legal department is likely telling you not to respond. I am not trying to punish front-line staff for

Exhibit D

management's mistakes.

I am giving you this strict 5:00 PM deadline so you have the exact paperwork you need to immediately escalate this crisis. Please pass this email directly to your VR Supervisor and/or the executives who actually have the power to approve this transit.

I am aware this does not afford much time, but there are things I have to do on my end as a result of the anticipated constructive denial.

Please let me know by 5:00 PM Thursday.

Sincerely,

Mark L. Short
(940) 337-7005

Amended IPE

From: Mark L. Short (markl_short@yahoo.com)

To: monica.villarreal@twc.texas.gov

Date: Friday, September 4, 2026 at 11:16 AM CDT

Dear Monica Villarreal,

I have received the proposed amended IPE and am currently reviewing it. Historically, signing these standard templates without strict clarification has been used against me administratively.

As the formulation of an IPE is required to be an interactive process driven by informed choice, please consider the following:

- Correction of Educational Goal: My previous November 2025 IPE listed my goal as a Bachelor's Degree in Electrical Engineering.
    - As communicated to previous VRC, that specific path became impossible due to the denial of accommodations, and I requested the goal be updated to a Master of Science in Computer Science (MSCS).
    - Instead of correcting this historical failure to update my file, the current proposed amendment attempts to list 'no educational goal.'
    - This is factually inaccurate. I formally require my post-secondary goal be updated to reflect my actual,

Exhibit D

ongoing vocational trajectory: Master of Science in Computer Science (MSCS).

- Addition of Mandatory Transition Services: The 'Non-recurring Transportation Services' currently lists vendors (e.g., Bryant Transportation) that appear to be non-emergency medical passenger transit. This fails to address my time-sensitive transition needs.
    - I formally require the addition of a specific transition service utilizing commercial freight couriers.
    - Please add the following specific service description: 'Emergency commercial freight transit and recovery of all assets—including personal property—necessary and required to participate in Texas State University's educational program, currently held at TXST, to Customer's physical location.'

Once my educational goal is accurately corrected and an appropriate commercial freight service is authorized to recover my property, I am fully prepared to sign immediately.

My previously stated deadline of 5:00 PM CDT today for this authorization remains in effect.

Sincerely,

Mark L. Short
(940) 337-7005

Exhibit D