Case ID: 2029765 – Notice of Default, Formal Denial of Mandatory Transition Services

From: Mark L. Short (markl_short@yahoo.com)
To: monica.villarreal@twc.texas.gov
Date: Friday, September 4, 2026 at 05:07 PM CDT

Dear Monica Villarreal,

I understand that you will be OOO next week. However, I have not yet received the contact information for your supervisor to ensure the continuity of my case. Please provide this immediately.

Regarding the transition of my assets: As my extended Sept 4, 2026, 5:00 PM deadline has now expired without authorization, I formally deem the request for these mandatory transition services DENIED.

I suspect that management cannot figure out how to authorize this recovery without further admitting liability for the May 20, 2026, armed UPD eviction to begin with—the proximate cause of this displacement. TWC-VR has had 107 days since the eviction to arrange for the recovery of the assets, while maintaining a strict history of dead silence.

TWC-VR continues this same pattern of nonfeasance, thus requiring I seek judicial intervention. Why am I not surprised?

What do VR clients do who are unable to represent themselves in federal court?

Respectfully,

Exhibit E

Mark L. Short
(940) 337-7005