# Re: SERVICE OF PROCESS: Notice of Filing - Waiver of Service of Summons (Cause No. 1:26-cv-01174-ADA-DH)

From: Mark L. Short (markl_short@yahoo.com)

To: daisy.jackson@oag.texas.gov; elizabeth.bryan@oag.texas.gov

Date: Wednesday, August 12, 2026 at 04:33 PM CDT

Dear Counsel,

Please note my formal opposition to your proposed request.

The statutory service requirements and subsequent response deadlines for a state agency are distinct from those governing individual-capacity defendants. I do not consent to an extension of time sought primarily to consolidate your briefing schedules or ease the State's administrative burden.

Dragging out litigation to exhaust opponents is a known procedural tactic. After all, I am just a pro se litigant without representation; I am sure your office will not have any level of a burden in responding to my complaint within the statutorily mandated timeframe.

Should you proceed with filing the motion to extend the Texas Workforce Commission's deadline, please reflect my opposition in your Certificate of Conference.

Respectfully,

Mark L. Short
Plaintiff, *Pro Se*
(940) 337-7005

On Wednesday, August 12, 2026 at 08:52:24 AM CDT, Elizabeth Bryan <elizabeth.bryan@oag.texas.gov> wrote:

Mr. Short,

If you do not want to request a waiver of service as to the TWC, then, if the TWC is properly served, I will likely ask the Court to extend the TWC’s answer deadline and enter a briefing schedule such that the TWC, Mr. Marler, and Ms. Pickney are all subject to the same deadlines.

Please let me know whether you are opposed to my filing such a request.

Thanks!
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700

Exhibit F

elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Wednesday, August 12, 2026 8:45 AM
**To:** Daisy Jackson <Daisy.Jackson@oag.texas.gov>; Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>
**Subject:** Re: SERVICE OF PROCESS: Notice of Filing - Waiver of Service of Summons (Cause No. 1:26-cv-01174-ADA-DH)

Dear Counsel,

Of course you would as it gives you an extra 30 days to file a response.

I think I will pass.

Respectfully,

Mark L. Short
Plaintiff, *Pro Se*
(940) 337-7005

On Wednesday, August 12, 2026 at 08:17:17 AM CDT, Elizabeth Bryan <elizabeth.bryan@oag.texas.gov> wrote:

Good morning, Mr. White,

If you send a waiver request for the TWC, I will fill it out as well. I would treat the deadline as if it were the same as that for Mr. Marler or Ms. Pickney, and that way we wouldn't have to juggle two different briefing schedules.

Best,
**Elizabeth Bryan**
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
737-230-4700
elizabeth.bryan@oag.texas.gov

---

**From:** Mark L. Short <markl_short@yahoo.com>
**Sent:** Tuesday, August 11, 2026 4:30 PM
**To:** Elizabeth Bryan <Elizabeth.Bryan@oag.texas.gov>; Daisy Jackson <Daisy.Jackson@oag.texas.gov>
**Subject:** SERVICE OF PROCESS: Notice of Filing - Waiver of Service of Summons (Cause No. 1:26-cv-01174-ADA-DH)

Counsel:

Pursuant to Federal Rule of Civil Procedure 5 and the Western District of Texas Local Court Rules, please find attached a true and correct copy of Plaintiff's Notice of Filing - Waiver of

Exhibit F

Service of Summons, which was electronically filed today via the Court's CM/ECF system in Mark L. Short v. Texas Workforce Commission, et al. (Cause No. 1:26-cv-01174-ADA-DH).

Respectfully,

Mark L. Short
Plaintiff, Pro Se
GENERAL DELIVERY
Texas City, TX 77590-9999
Phone: (940) 337-7005
Email: markl_short@yahoo.com