Mark Short Inventory

| Item Name | Quantity | Box Number | High Value (separated) |
| --- | --- | --- | --- |
| Pairs of glasses | 5 | 1 | yes |
| Ti-nspire calculator | 1 | 1 | yes |
| black broken watch | 1 | 1 | |
| small grey toolkit | 1 | 1 | |
| lock core with keys | 1 | 1 | |
| various wires and chargers | 6 | 1 (bag) | |
| multimeter | 1 | 1 | |
| electronic components | 1 | 1 | |
| charger | 1 | 1 | |
| contact solution | 2 | 1 | |
| waoaw sleep mask | 1 | 1 | |
| duracell flashlight | 3 | 1 | |
| small glass boat clock | 1 | 1 | yes |
| small glass train clock | 1 | 1 | yes |
| gold ring | 1 | 1 | yes |
| lint roller | 1 | 1 | |
| alienware laptop | 1 | 1 | yes |
| wireless keyboard | 1 | 1 | |
| kaisi tool kit | 1 | 1 | |
| soldering magnifying lamp | 1 | 1 | |
| surge protector | 1 | 1 | |
| alienware laptop charger | 1 | 1 | |
| pencil sharpener | 1 | 1 | |
| desk mat | 1 | 1 | |
| various wires | 10 | 1 | |
| spiral bound notebook | 1 | 1 | |
| binder | 2 | 1 | |
| folder with papers | 1 | 1 | |
| korescale gen 2 | 1 | 1 | |
| pur steam iron | 1 | 3 | yes |
| crock pot | 1 | 2 | yes |
| cuisinart toaster | 1 | 4 | yes |
| halo memory storage unit | 1 | 5 | |
| box of various wires and cables | 1 | 5 | |
| head and shoulders shampoo | 1 | 5 | |
| head and shoulders conditioner | 1 | 5 | |
| equate shampoo | 1 | 5 | |
| equate conditioner | 1 | 5 | |
| edge shaving creamer | 1 | 5 | |
| bottle of arm and hammer detergent | 1 | 5 | |
| small red tote bag | 1 | 5 | |
| free samples of detergent/fabric softener | 3 | 5 | |

Exhibit B

| | | | |
|---|---|---|---|
| dawn dish soap | 1 | 5 | |
| cascade complete pods | 1 | 5 | |
| diall liquid soap | 1 | 5 | |
| sponge | 1 | 5 | |
| colorox wipes | 1 | 5 | |
| lysol cleaner | 1 | 5 | |
| cuisinart water kettle | 1 | 6 | yes |
| cuisinart coffee maker | 1 | 7 | yes |
| irobot roomba | 1 | 8 | yes |
| nutribullet | 1 | 9 | yes |
| amazon return box | 1 | 10 | |
| verizon return box | 1 | 11 | |
| amazon return box | 1 | 12 | |
| Alienware laptop in alienware box | 1 | 13 | yes |
| dell computer moniter | 1 | 14 | yes |
| big fork | 4 | 15 | |
| lil fork | 4 | 15 | |
| lil spoon | 5 | 15 | |
| large spoon | 8 | 15 | |
| butter knives | 4 | 15 | |
| steak knives | 3 | 15 | |
| bag of electronics | 1 | 16 | |
| fm radio kit bags | 6 | 16 | |
| tv mount kit | 1 | 16 | |
| sticky puttt bag | 1 | 16 | |
| white out | 1 | 16 | |
| envelope box | 7 | 16 | |
| tool kit | 1 | 16 | |
| various papers and mail | 1 | 16 | |
| spiral bound notebook | 7 | 16 | |
| binder with math problems | 1 | 16 | |
| notecard box with notecards | 1 | 16 | |
| black binder | 2 | 16 | |
| mail envelopes | 5 | 16 | |
| empty binders | 3 | 16 | |
| electro logic template | 1 | 16 | |
| bojack 50 pc kit | 1 | 16 | |
| soder practice kit | 1 | 16 | |
| geometry practice kit | 1 | 16 | |
| apa study guide | 1 | 16 | |
| desk organizer pencil cup with pencils | 1 | 16 | |
| hole punch | 1 | 16 | |
| tape | 2 | 16 | |
| staple remover | 1 | 16 | |

Exhibit B

| | | | |
|---|---|---|---|
| paper clips | 15 | 16 | |
| unopened notecards | 1 | 16 | |
| stapler | 1 | 16 | |
| slim dvd holders (5 ct.) | 2 | 16 | |
| bag with knob | 1 | 16 | |
| deck of playing cards | 1 | 16 | |
| HEB tote bags | 2 | 16 | |
| box of various wires/cables | 1 | 16 | |
| craftman tool kit | 2 | 16 | yes |
| gift cards | 2 | 16 | |
| operation barbarossa volumes 1,2a,2b | 3 | 18 | |
| german aircraft industry book | 1 | 18 | |
| the great book of fighters | 1 | 18 | |
| smithsonion battles map by map | 1 | 18 | |
| stephen hawking book | 1 | 18 | |
| order by battle german luftwaffe | 1 | 18 | |
| introduction to computer game programming | 1 | 18 | |
| effective com | 1 | 18 | |
| C++ gotchas | 1 | 18 | |
| design patterns | 1 | 18 | |
| intro to algorithms | 1 | 18 | |
| C# COM+Programming | 1 | 18 | |
| Messerschmitt Bf109 | 1 | 18 | |
| Luftwaffe I-1 | 1 | 18 | |
| linear algebra | 1 | 18 | |
| WW2 almenac | 1 | 18 | |
| Germany in the 2nd world war (volumes 4-2 &4-1) | 1 | 18 | |
| technical guide (german fighter plans) | volume 1&2 | 18 | |
| technical guide (german tanks) | volume 1&2 | 18 | |
| Opened Box of Trashbags | 4 | 17 | |
| Dish Drying rack | 1 | 17 | |
| Dish mat | 1 | 17 | |
| Brita | 1 | 17 | |
| Important Safety, Use & Care guide | 1 | 17 | |
| Great Value Sugar | 1 | 17 | |
| Crisco Vegetable Oil | 1 | 17 | |
| Farberware warranty pamphlet | 1 | 17 | |
| Heinz ketchup packet | 4 | 17 | |
| Jack In The Box Buttermilk Ranch packet | 2 | 17 | |
| Kraft Mayo packet | 2 | 17 | |
| Crystal Light Wild Strawberry Flavor Packet | 2 | 17 | |
| Celestial Seasonings Chamomile Tea Box (Opened) | 1 | 17 | |
| 4.4 oz Morton Sea Salt Bottle | 1 | 17 | |
| McCormick 3 oz Black Pepper Box | 1 | 17 | |

Exhibit B

| | | |
|---|---|---|
| Opened Great Value Sandwich bags | 1 | 17 |
| Besler 16 oz Spaghetti (Unopened) | 6 | 17 |
| Italpasta 16 oz Wholesom Grain Spaghetti | 1 | 17 |
| Flickertail 1lb brown rice | 5 | 17 |
| Flickertail 1lb pinto beans | 2 | 17 |
| Chick Fil A Mayo Packet | 1 | 17 |
| Opened Luzianne Tea Box | 1 | 17 |
| Opened Great Value All Purpose Flour | 1 | 17 |
| Santa Sophia All Purpose Flour | 1 | 17 |
| Kitchen Bouquet Browning an Seasoning Sauce | 1 | 17 |
| Anegla Mia 6lb 6oz Crushed Tomatoes | 1 | 17 |
| Folgers 9.6 oz classic roast | 1 | 17 |
| Del Monte Golden Sweet Corn | 1 | 17 |
| American Valley Marinara Sauce | 2 | 17 |
| Betty Crocker Super Moist Cake Mix | 1 | 17 |
| Tuna Helper Creamy Tuna Brocoli | 1 | 17 |
| Del Monte Green Beans | 3 | 17 |
| Foody Green Beans | 2 | 17 |
| Mercantile and Fancy Tuna | 6 | 17 |
| Great Value Garlic Salt | 1 | 17 |
| Great Value Peprica | 1 | 17 |
| Duchess Green Peas | 2 | 17 |
| Nemco Corn | 1 | 17 |
| Pasta Select Macaroni Can | 1 | 17 |
| Great Value Red Pepper | 1 | 17 |
| McCormick Montreal Steak Seasoning | 1 | 17 |
| HEB Blackened Seasoning | 1 | 17 |
| Adolph's Tenderizer | 1 | 17 |
| 26 oz Morton's Salt | 1 | 17 |
| Wyler Beef Cubes | 2 | 17 |
| Red Coffee Cup | 2 | 17 |
| Towel Holder | 1 | 17 |
| Hamilton Beach Mixer | 1 | 17 |
| Kitchen Utensil Holder | 1 | 17 |
| Spatula | 1 | 17 |
| Scissors | 1 | 17 |
| Pizza Cutter | 1 | 17 |
| Can Opener | 1 | 17 |
| Whisk | 1 | 17 |
| Whisks for mixer | 2 | 17 |
| Serving Spoon | 1 | 17 |
| Draining and Serving spoon | 1 | 17 |
| Laddle | 1 | 17 |
| Spaghetti Spoon | 1 | 17 |

Exhibit B

| | | |
|---|---|---|
| Bottle Opener | 1 | 17 |
| pillow | 4 | 19 |
| fitted sheet | 1 | 20 |
| pillow case | 2 | 20 |
| comforter | 1 | 20 |
| throw pillows | 3 | 20 |
| dress shirts | 10 | 21 (garment bag) |
| khakis | 4 | 22 |
| dress shirts | 10 | 22 |
| plastic hangers | 8 | 22 |
| wire hangers | 8 | 22 |
| grey swiss armor backpack | 1 | 23 |
| leather belt | 1 | 23 |
| towels | 8 | 23 |
| wash clothes | 11 | 23 |
| pairs of socks | 24 | 24 |
| white underwear | 17 | 24 |
| 15lb weighted blanket | 1 | 24 |
| white fitted sheet | 1 | 24 |
| black fitted sheet | 1 | 24 |
| bath mat | 3 | 24 |
| jeans | 2 | 24 |
| shirt | 2 | 24 |
| socks | 6 | 24 |
| blanket | 2 | 24 |
| dress shirt | 1 | 24 |
| towels | 2 | 24 |
| laundry hamper | 1 | 24 |
| dress pants | 4 | suitcase |
| khakis | 2 | suitcase |
| jeans | 2 | suitcase |
| t shirt | 3 | suitcase |
| big holy bible | 1 | 26 |
| shoebox with letters | 1 | 26 |
| church yearbook | 1 | 26 |
| bin with 3 collectible plates with stands | 1 | 26 |
| small bell | 1 | 26 |
| gold ring | 1 | 26 |
| individual letters/keepsake paperwork | 50 | 26 |
| Snowflake teddy bear | 1 | 27 |
| conair hairdryer | 1 | 27 |
| outgoing mail box | 1 | 27 |
| photos in frames | 9 | 27 |
| indomthacin bottle | 1 | 28 |

Exhibit B

| | | |
|---|---|---|
| advil PM | 1 | 28 |
| metformin bottle | 1 | 28 |
| clindamycin bottle | 1 | 28 |
| tums bottle | 1 | 28 |
| rosuvastatin bottle | 1 | 28 |
| pantoprazole bottle | 1 | 28 |
| meloxicam bottle | 1 | 28 |
| erythromycin bottle | 1 | 28 |
| rybelsus bottle | 1 | 28 |
| aleve bottle | 1 | 28 |
| orajel cream | 1 | 28 |
| neosporin | 1 | 28 |
| oxy acne cream | 1 | 28 |
| dial soap | 2 | 28 |
| arm and hammer toothpast | 2 | 28 |
| multi blade razor replacements | 3 | 28 |
| isopropyl alcohol | 1 | 28 |
| hydrogen peroxide | 1 | 28 |
| tresemme hairspray | 2 | 28 |
| sponge | 1 | 28 |
| toothbrush holder | 1 | 28 |
| stypic pen | 2 | 28 |
| razor | 1 | 28 |
| glasses case | 1 | 28 |
| speed stick deodorant | 2 | 28 |
| qtips | 1 | 28 |
| toothbrush | 1 | 28 |
| grooming kit | 1 | 28 |
| bengay | 1 | 28 |
| just for men coloring kit | 1 | 28 |
| lens cleaner | 1 | 28 |
| lens wipe | 1 | 28 |
| paul jones button | 1 | 28 |
| lighter | 2 | 28 |
| plastic gloves | 1 | 28 |
| toothpaste | 1 | 28 |
| cotton ball | 1 | 28 |
| polo aftershave | 1 | 28 |
| jewelry box with tooth charm | 1 | 28 |
| wash cloth | 1 | 28 |
| Ciramic Bowl | 9 | 25 |
| Ciramic Plate | 3 | 25 |
| Glass leftover container with lid | 5 | 25 |
| Pyrex dish with lid | 3 | 25 |

Exhibit B

| | | |
|---|---|---|
| Vase | 1 | 25 |
| Pyrex lid | 2 | 25 |
| Knife | 1 | 25 |
| Bundt cake pan | 1 | 25 |
| Saucepan | 1 | 25 |
| Frying pan | 1 | 25 |
| Saucepan lid | 1 | 25 |
| Pasta strainer | 1 | 25 |
| Ashtray | 1 | 25 |
| Dish towel | 1 | 25 |
| toilet seat cover | 1 | 29 |
| toilet mat | 1 | 29 |
| bath mat | 1 | 29 |
| swiffer | 1 | 29 |
| alone shoe | 1 | 29 |
| jar of qtips | 1 | 29 |
| toilet paper | 1 | 29 |
| silicone shower holder | 1 | 29 |
| comet bathroom cleaner | 1 | 29 |
| letters | 40 | 30 |
| photobooks | 3 | 30 |
| ceramic snowman | 1 | 30 |
| letter from funeral home with death certificate documents | 1 | 30 |
| mother's wallet | 1 | 30 |
| mother's checkbook | 1 | 30 |
| comp notebook | 1 | 30 |
| spiral notebooks | 3 | 30 |
| box with letters and keepsakes (grad caps) | 1 | 30 |
| mother's wedding certificate/folder | 1 | 30 |
| miscellanious papers and news papers | 67 | 30 |
| black leather bag | 1 | 30 |
| radio operater headset | 1 | 30 |
| folder with papers | 5 | 30 |
| jewelry with jewelry | 2 | 30 |
| bed sheets | 3 | 31 |
| pillow case | 2 | 31 |
| comforter | 1 | 31 |
| keyboard | 1 | 32 |
| headphones | 1 | 32 |
| moto g stylus phone | 1 | 32 |
| computer mouse | 3 | 32 |
| tv stands (disassembled) | 2 | 32 |
| craftman toolkit | 1 | 32 |
| hanging file folders with tax/bills/retirement paperwork | 30 | 33 |

| | | |
|---|---|---|
| USPS folder package bags | 15 | 33 |
| camera tripod | 3 | 33 |
| camera mounting equipment box | 1 | 33 |
| laundry hotel sheet box | 1 | 34 |
| pillow case | 11 | 34 |
| throw blanket | 4 | 34 |
| sheets | 1 | 34 |
| box of military medals | 2 | 35 |
| awards/trophies | 6 | 35 |
| rifle team patches | 4 | 35 |
| black/red garter | 1 | 35 |
| tshirts | 4 | 35 |
| metal trash can | 1 | no box |
| ironing board | 1 | no box |
| step ladder | 1 | no box |
| pallet wheels | 1 | no box |
| [redacted] | 1 | other suitcase |
| | 1 | other suitcase |
| | 1 | other suitcase |